**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                    CASE NO.: 19-18585

                                                                                      Chapter 11

MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC.

Debtor.
_____/

## NOTICE OF FILING

      The Debtor, MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC by and through its undersigned attorney, hereby files the following:

      1.     Revised Cash Collateral Budget – January 2020 – March 2020

      **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 13th day of December, 2019.

                                                  KELLEY FULTON & KAPLAN, P.L.
                                                  Attorney for Debtor
                                                  1665 Palm Beach Lakes Blvd.
                                                  The Forum - Suite 1000
                                                  West Palm Beach, Florida 33401
                                                  Tel: (561) 491-1200
                                                  Fax:(561) 684-3773

                                            BY:  /s/ Craig I. Kelley
                                                     CRAIG I. KELLEY, ESQUIRE
                                                     Florida Bar 782203

*Mailing Information for Case 19-18585-MAM*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan**    dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Craig I Kelley**    craig@kelleylawoffice.com, dana@kelleylawoffice.com,tina@kelleylawoffice.com,cassandra@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Susan D. Lasky**    ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Alan B Rose**    arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Aspen Environmental Consulting, LLC**
2014 SW Oxbow Way
Palm City, FL 34990

**Meridian Marina & Yacht Club of Palm City, LLC**
1400 SW Chapman Way
Palm City, FL 34990

See attached matrix.

```
Label Matrix for local noticing          Aspen Environmental Consulting, LLC      MRACHEK, FITZGERALD ROSE KONOPKA THOMAS & WE
113C-9                                   2014 SW Oxbow Way                        505 S. Flagler Drive
Case 19-18585-MAM                        Palm City, FL 34990-3244                 Suite 600
Southern District of Florida                                                      West Palm Beach, FL 33401-5945
West Palm Beach
Wed Dec  4 11:19:38 EST 2019

Martin County Marine Holdings LLC        Martin Downs Property Owners' Associati  Meridian Marina & Yacht Club of Palm City, L
c/o Susan D. Lasky                       c/o Ross Earle Bonan & Ensor, P.A.       1400 SW Chapman Way
320 S.E. 18th Street                     P.O. Box 2401                            Palm City, FL 34990-2402
Fort Lauderdale, FL 33316-2818           Stuart, FL 34995-2401


ADR Electric Inc                         Allstate Insurance                       Aspen Environmental
P.O. Box 665                             P.O. Box 4344                            P.O. Box 2753
Jensen Beach, FL 34958-0665              Carol Stream, IL 60197-4344              Stuart, FL 34995-2753



Aspen Environmental Consulting, LLC      Bartlett Brothers Security               Capital One Bank (USA), N.A.
c/o Jodi Beck                            2694 SE Willoughby Blvd                  by American InfoSource as agent
2014 SW Oxbow Way                        Stuart, FL 34994-4700                    PO Box 71083
Palm City, FL 34990-3244                                                          Charlotte, NC  28272-1083



Cassidy Ice                              Charles Goodman                          Clark Environmental
3240 SE Dominica Terrace                 3022 SW Lake Terrace                     755 Prairie Industrial Pkwy
Stuart, FL 34997-5758                    Palm City, FL 34990-1927                 Mulberry, FL 33860-6559



Colonial Life                            Comcast                                  EDC
P.O. Box 1365                            P.O. Box 71211                           10250 SW Village Parkway, Suite 201
Columbia, SC 29202-1365                  Charlotte, NC 28272-1211                 Port Saint Lucie, FL 34987-2362



Florida Department of Revenue            Florida Power & Light                    Grainger
5050 West Tennessee Street               General Mail Facility                    1800 N. Florida Mango Rd
Tallahassee, FL 32399-0140               Miami, FL 33188-0001                     West Palm Beach, FL 33409-6486



Gunster                                  Industrial Hose and Hydraulics           (p)INTERNAL REVENUE SERVICE
777 South Flagler Drive                  2450 N.Powerline Rd                      CENTRALIZED INSOLVENCY OPERATIONS
West Palm Beach, FL 33401-6194           Pompano Beach, FL 33069-1051             PO BOX 7346
                                                                                  PHILADELPHIA PA 19101-7346



Internal Revenue Service                 Kapp Morrison, LLP                       Law Office of Robert M. Lewis, LLC
Central Insolvency Operation             7900 Glades Road Suite 550               P.O. Box 1831
P.O. Box 7346                            Boca Raton, FL 33434-4167                Jupiter, FL 33468-1831
Philadelphia, PA 19101-7346



MIC                                      Martin County Marine Holdings, LLC       Martin County Property Owner's Associat
2964 Airway Ave                          1206 North Park Avenue                   C/O Ross Earl Bonan and Ensor PA
Costa Mesa, CA 92626-6018                Winter Park, FL 32789-2542               789 SW Federal Highway
                                                                                  Stuart, FL 34994-2962
```

| | | |
|---|---|---|
| Martin County Tax Collector<br>3485 SE Willoughby Blvd<br>Stuart, FL 34994-5062 | Martin County Utilities<br>P.O. Box 9000<br>Stuart, FL 34995-9000 | Marvin Kennard<br>4971 SW Lake Grove Circle<br>Palm City, FL 34990-8506 |
| Meridian Marina & Yacht Club of Palm Ci<br>2625 W Grandview Rd Suite 150<br>Phoenix, AZ 85023-3109 | Mracheck Law<br>505 S. Flagler Drive, Suite 600<br>West Palm Beach, FL 33401-5945 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| PI Finance<br>PO Box 922025<br>Norcross, GA 30010-2025 | Palmdale Oil Company, Inc.<br>911 N 2nd St<br>Fort Pierce, FL 34950-9121 | Paul Lane<br>7880 North University Drive<br>Suite 2000<br>Fort Lauderdale, FL 33321-2124 |
| Plastic Pro<br>DKG Concepts Incorporated<br>P.O. Box 2359<br>Palm City, FL 34991-7359 | Progressive Environmental Services Inc.<br>19 National Dr<br>Franklin MA 02038-3243 | Robert Jennings, P.A.<br>306 S.E. Detroit Ave<br>Stuart, FL 34994-2113 |
| Robert Sader, P.A.<br>224 Commercial Blvd Suite 310<br>Fort Lauderdale, FL 33308-4443 | SWS Environmental Services<br>P.O. Box 538498<br>Atlanta, GA 30353-8498 | Safety Kleen<br>2600 North Central Expressway Suite 400<br>Richardson, TX 75080-2058 |
| Shaun T. Plymale<br>100 SW Albany Avenue<br>Suite 310<br>Stuart, FL 34994-2000 | Shraiberg, Landau, & Page PA<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 |
| Sudden Service, Inc<br>P.O. Box 903<br>Louisville, MS 39339-0903 | Susan Lasky<br>320 Southeast 18th Street<br>Fort Lauderdale, FL 33316-2818 | The Zenith Insurance Company<br>21255 Califa St<br>Woodland Hills, CA 91367-5021 |
| Time Payment Corp<br>1600 District Avenue<br>Suite 200<br>Burlington, MA 01803-5233 | Treasure Coast Legal<br>100 SW Albany Avenue Suite 310<br>Stuart, FL 34994-2000 | W.W. Grainger, Inc<br>401 S Wright Road W4E.C37<br>Janesville WI 53546-8729 |
| Waste Management of SFlorida<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | William Scotsman<br>901 S. Bond Street. #600<br>Baltimore, MD 21231-3348 | Zimmer Construction<br>129 N.W. 13th St Suite 20<br>Boca Raton, FL 33432-1635 |
| Zimmer Construction Consultants, P.A.<br>129 NW 13th Street<br>Suite 20<br>Boca Raton, FL 33432-1635 | m2 Lease Funds LLC<br>175 North Patrick Boulevard<br>Earth City, MO 63045 | Craig I Kelley<br>1665 Palm Beach Lakes Blvd #1000<br>West Palm Beach, FL 33401-2109 |

Dana L Kaplan
1665 Palm Beach Lakes Blvd #1000
W Palm Beach, FL 33401-2109

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Internal Revenue Service | (d)Internal Revenue Service | (d)Internal Revenue Service |
|---|---|---|
| Acting US Attorney | Atty General United States Dept Justice | c/o IRS District Counsel |
| 99 NE 4th Street | Tenth & Constitution | Claude Pepper Federal Bldg |
| Miami, FL 33132 | Washington, DC 20530 | 51 S.W. 1st Ave., 11th Floor |
| | | Miami, FL 33130 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)West Palm Beach | (d)Martin Downs Property Owners' Associati | (u)See attached |
|---|---|---|
| | c/o Ross Earle Bonan & Ensor, P.A. | |
| | P.O. Box 2401 | |
| | Stuart, FL 34995-2401 | |

End of Label Matrix
Mailable recipients    60
Bypassed recipients     3
Total                  63