**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                              CASE NO.: 19-18585

                                                                              Chapter 11

MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC.

Debtor.
_____/

## NOTICE OF FILING

The Debtor, MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC by and through its undersigned attorney, hereby files the following:

1. Second Amendment to Purchase and Sale Agreement

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 20th day of February, 2020.

                                                                KELLEY FULTON & KAPLAN, P.L.
                                                                Attorney for Debtor
                                                                1665 Palm Beach Lakes Blvd.
                                                                The Forum - Suite 1000
                                                               West Palm Beach, Florida 33401
                                                               Tel: (561) 491-1200
                                                                Fax:(561) 684-3773

                                                                BY:  /s/ Craig I. Kelley
                                                                    CRAIG I. KELLEY, ESQUIRE
                                                                   Florida Bar 782203

*Mailing Information for Case 19-18585-MAM*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Heidi A Feinman**     Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan**     dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Craig I Kelley**     craig@kelleylawoffice.com, dana@kelleylawoffice.com,tina@kelleylawoffice.com,cassandra@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Susan D. Lasky**     ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **Alan B Rose**     arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Aspen Environmental Consulting, LLC**
2014 SW Oxbow Way
Palm City, FL 34990

**Meridian Marina & Yacht Club of Palm City, LLC**
1400 SW Chapman Way
Palm City, FL 34990

See attached matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-18585-MAM<br>Southern District of Florida<br>West Palm Beach<br>Wed Jan 22 16:11:53 EST 2020 | Aspen Environmental Consulting, LLC<br>2014 SW Oxbow Way<br>Palm City, FL 34990-3244 | MRACHEK, FITZGERALD ROSE KONOPKA THOMAS & WE<br>505 S. Flagler Drive<br>Suite 600<br>West Palm Beach, FL 33401-5945 |
| Martin County Marine Holdings LLC<br>c/o Susan D. Lasky<br>320 S.E. 18th Street<br>Fort Lauderdale, FL 33316-2818 | Martin Downs Property Owners' Associati<br>c/o Ross Earle Bonan & Ensor, P.A.<br>P.O. Box 2401<br>Stuart, FL 34995-2401 | Meridian Marina & Yacht Club of Palm City, L<br>1400 SW Chapman Way<br>Palm City, FL 34990-2402 |
| 5T Wealth Partners LP<br>Department#6200<br>P.O. Box 830539<br>Birmingham,, AL 35283-0539 | ADR Electric Inc<br>P.O. Box 665<br>Jensen Beach, FL 34958-0665 | Allstate Insurance<br>P.O. Box 4344<br>Carol Stream, IL 60197-4344 |
| Aspen Environmental<br>P.O. Box 2753<br>Stuart, FL 34995-2753 | Aspen Environmental Consulting, LLC<br>c/o Jodi Beck<br>2014 SW Oxbow Way<br>Palm City, FL 34990-3244 | Bartlett Brothers Security<br>2694 SE Willoughby Blvd<br>Stuart, FL 34994-4700 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cassidy Ice<br>3240 SE Dominica Terrace<br>Stuart, FL 34997-5758 | Charles Goodman<br>3022 SW Lake Terrace<br>Palm City, FL 34990-1927 |
| Clark Environmental<br>755 Prairie Industrial Pkwy<br>Mulberry, FL 33860-6559 | Colonial Life<br>P.O. Box 1365<br>Columbia, SC 29202-1365 | Comcast<br>P.O. Box 71211<br>Charlotte, NC 28272-1211 |
| EDC<br>10250 SW Village Parkway, Suite 201<br>Port Saint Lucie, FL 34987-2362 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0140 | Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 |
| Grainger<br>1800 N. Florida Mango Rd<br>West Palm Beach, FL 33409-6486 | Gunster<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6194 | Industrial Hose and Hydraulics<br>2450 N.Powerline Rd<br>Pompano Beach, FL 33069-1051 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Central Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kapp Morrison, LLP<br>7900 Glades Road Suite 550<br>Boca Raton, FL 33434-4167 |
| Law Office of Robert M. Lewis, LLC<br>P.O. Box 1831<br>Jupiter, FL 33468-1831 | MIC<br>2964 Airway Ave<br>Costa Mesa, CA 92626-6018 | Martin County Marine Holdings, LLC<br>1206 North Park Avenue<br>Winter Park, FL 32789-2542 |

| | | |
|---|---|---|
| Martin County Property Owner's Associat<br>C/O Ross Earl Bonan and Ensor PA<br>789 SW Federal Highway<br>Stuart, FL 34994-2962 | Martin County Tax Collector<br>3485 SE Willoughby Blvd<br>Stuart, FL 34994-5062 | Martin County Utilities<br>P.O. Box 9000<br>Stuart, FL 34995-9000 |
| Marvin Kennard<br>4971 SW Lake Grove Circle<br>Palm City, FL 34990-8506 | Meridian Marina & Yacht Club of Palm Ci<br>2625 W Grandview Rd Suite 150<br>Phoenix, AZ 85023-3109 | Mracheck Law<br>505 S. Flagler Drive, Suite 600<br>West Palm Beach, FL 33401-5945 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PI Finance<br>PO Box 922025<br>Norcross, GA 30010-2025 | Palmdale Oil Company, Inc.<br>911 N 2nd St<br>Fort Pierce, FL 34950-9121 |
| Paul Lane<br>7880 North University Drive<br>Suite 2000<br>Fort Lauderdale, FL 33321-2124 | Plastic Pro<br>DKG Concepts Incorporated<br>P.O. Box 2359<br>Palm City, FL 34991-7359 | Progressive Environmental Services Inc.<br>19 National Dr<br>Franklin MA 02038-3243 |
| Robert Jennings, P.A.<br>306 S.E. Detroit Ave<br>Stuart, FL 34994-2113 | Robert Sader, P.A.<br>224 Commercial Blvd Suite 310<br>Fort Lauderdale, FL 33308-4443 | SWS Environmental Services<br>P.O. Box 538498<br>Atlanta, GA 30353-8498 |
| Safety Kleen<br>2600 North Central Expressway Suite 400<br>Richardson, TX 75080-2058 | Shaun T. Plymale<br>100 SW Albany Avenue<br>Suite 310<br>Stuart, FL 34994-2000 | Shraiberg, Landau, & Page PA<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 |
| State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Sudden Service, Inc<br>P.O. Box 903<br>Louisville, MS 39339-0903 | Susan Lasky<br>320 Southeast 18th Street<br>Fort Lauderdale, FL 33316-2818 |
| The Zenith Insurance Company<br>21255 Califa St<br>Woodland Hills, CA 91367-5021 | Time Payment Corp<br>1600 District Avenue<br>Suite 200<br>Burlington, MA 01803-5233 | Treasure Coast Legal<br>100 SW Albany Avenue Suite 310<br>Stuart, FL 34994-2000 |
| W.W. Grainger, Inc<br>401 S Wright Road W4E.C37<br>Janesville WI 53546-8729 | Waste Management of SFlorida<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | William Scotsman<br>901 S. Bond Street. #600<br>Baltimore, MD 21231-3348 |
| Zimmer Construction<br>129 N.W. 13th St Suite 20<br>Boca Raton, FL 33432-1635 | Zimmer Construction Consultants, P.A.<br>129 NW 13th Street<br>Suite 20<br>Boca Raton, FL 33432-1635 | m2 Lease Funds LLC<br>175 N. Patrick Blvd., Suite 140<br>Brookfield, WI 53045-5811 |

| | | |
|---|---|---|
| m2 Lease Funds LLC<br>175 North Patrick Boulevard<br>Earth City, MO 63045 | Craig I Kelley<br>1665 Palm Beach Lakes Blvd #1000<br>West Palm Beach, FL 33401-2109 | Dana L Kaplan<br>1665 Palm Beach Lakes Blvd #1000<br>W Palm Beach, FL 33401-2109 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Acting US Attorney<br>99 NE 4th Street<br>Miami, FL 33132 | (d)Internal Revenue Service<br>Atty General United States Dept Justice<br>Tenth & Constitution<br>Washington, DC 20530 | (d)Internal Revenue Service<br>c/o IRS District Counsel<br>Claude Pepper Federal Bldg<br>51 S.W. 1st Ave., 11th Floor<br>Miami, FL 33130 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)Martin Downs Property Owners' Associati<br>c/o Ross Earle Bonan & Ensor, P.A.<br>P.O. Box 2401<br>Stuart, FL 34995-2401 | (u)See attached |

**End of Label Matrix**
**Mailable recipients**     62
**Bypassed recipients**      3
**Total**                   65