U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

MAR 3 0 2020

FILED    RECEIVED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
MERIDIAN MARINA AND YACHT CLUB           Case No.: 19-18585-MAM
OF PALM CITY, LLC                         Chapter 11
EIN 46-0983237

_____ Debtor(s) ___/

## CREDITOR, CHARLES GOODMAN'S RESPONSE AND OBJECTION TO THE DISCLOSURE STATEMENT FOR MERIDIAN MARINA AND YACHT CLUB OF PALM CITY, LLC

The Creditor, Charles Goodman files response and objection to the disclosure statement for Meridian Marina and Yacht Club of Palm City, LLC and would state:

1. I filed proof of claim number 7 on August 9, 2019 for $18,461.23.

2. Proof of claim number 7 includes unreimbursed storage fees of $1,458.38 estimates between $3,625.00 and $7,861.47 to repair the damage to my boat and legal fees / filing costs of $8,421.38 incurred prior to the marina's chapter 11 filing on June 27, 2019.

3. In the hearing that I attended in person on January 10th, 2020 Mr. Mullen testified in front of the court and under oath that all creditors would be paid in full upon sale of the assets.

4. The disbursement plan only reflects a payment of $600.00 for damages to my vessel and thus does not provide fully for my claim of $18,461.23.

5. The proposed plan and disclosure statement are inconsistent with the statements made in court and as currently proposed is not fair and equitable to all the creditors.

**WHEREFORE** the Creditor respectfully requests that this Court enter an Order sustaining the Objection to the disclosure statement and plan, directing the debtor to propose a plan where all claims are paid pursuant to their claims prior to any money being returned to the debtor, and such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via 1st Class U.S. Mail to the attached list this 26th day of March, 2020.

_____
Charles Goodman

Charles Goodman
3022 SW Lake Terrace
Palm City, FL. 34990

WEST PALM BCH FL 334

27 MAR 2020 PM 1 L



Clerk of Courts
United States Bankruptcy Court
Southern District of Florida
1515 North Flagler Drive, 8th Floor
West Palm Beach, FL 33401

33401-343101