**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                            CASE NO.: 19-18585-EPK

                                                                 Chapter 11

MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC

Debtor.
_____/

### NOTICE OF FILING DEBTOR'S MONTHLY OPERATING REPORT FOR THE PERIOD FROM MARCH 1, 2020 THROUGH MARCH 31, 2020

The Debtor, MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC., by and

through its undersigned attorney, hereby files the attached Monthly Financial Report.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing has been furnished via us mail to the parties below this 20th day of April 2020.

KELLEY, FULTON & KAPLAN, P.L.
Attorney for Debtor in Possession
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By: _/s/ Dana Kaplan_____
        DANA KAPLAN, ESQUIRE
        Florida Bar No.: 44315

**Mailing Information for Case 19-18585-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **John P Carrigan**    jpc@reblawpa.com, mmj@reblawpa.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan**    dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Craig I Kelley**    craig@kelleylawoffice.com, dana@kelleylawoffice.com,tina@kelleylawoffice.com,cassandra@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Susan D. Lasky**    ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Alan B Rose**    arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Aspen Environmental Consulting, LLC**
2014 SW Oxbow Way
Palm City, FL 34990

**Meridian Marina & Yacht Club of Palm City, LLC**
1400 SW Chapman Way
Palm City, FL 34990

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____
_____ DIVISION

IN RE:                                    }          CASE NUMBER
                                          }          _19-18585-MAM_
Meridian Marina                           }
and Yacht Club of Palm                    }          JUDGE_____
City, LLC                                 }
DEBTOR.                                   }          CHAPTER 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM _03/01/20_ TO _03/31/20_

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_____
Dana Kaplan, Esq.
_____
Attorney for Debtor's Signature


Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

_1400 SW Chapman Way_                     Kelley, Fulton & Kaplan, P
_____           _____
_Palm City FL 34990_                      1665 Palm Beach Lakes Blvd. #1000
_____           _____
                                          West Palm Beach, FL 33401
_____           _____
                                          (561) 491-1220
_____           _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 03/01/20 AND ENDING 03/31/20

Name of Debtor: Meridian Manor    Case Number 19-18585
Date of Petition: _____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 8298.84 (a) | 45,163.29 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 0 | 0 |
| Minus: Cash Refunds | (-) 0 | 0 |
| Net Cash Sales | 0 | 0 |
| B. Accounts Receivable | 54820.36 | 508252.32 |
| C. Other Receipts *(See MOR-3)* | 3500.00 | 78449.70 |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 58320.36 | 586702.02 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 66,619.30 | 623566.77 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | 529.90 | 1515.07 |
| B. Bank Charges | 2293.99 | 34119.16 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 7044.38 | 102846.37 |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | 799824 |
| H. Manufacturing Supplies | | 126589 |
| I. Office Supplies | 406.17 | 3366.46 |
| J. Payroll - Net *(See Attachment 4B)* | 29189.78 | 282142.13 |
| K. Professional Fees (Accounting & Legal) | 3000.00 | 29000.00 |
| L. Rent | | |
| M. Repairs & Maintenance | 3643.82 | 8445.92 |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | 149.70 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | 1412.53 | 5242.31 |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | 22786.79 |
| U. Utilities | 2976.15 | 25862.51 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | 7710.78 | 121,331.42 |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 58207.00 | 634,426.23 |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | 8412.30 (c) | 5357.549 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20 day of April, 2020    _____ (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

MOR-2

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |

TOTAL OTHER RECEIPTS

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Forklift Fuel | | 698.52 |
| Parts | | 32,630.21 |
| Postage | 110.00 | 5185.18 |
| Software | 622.61 | 4479.68 |
| Website | | 400.00 |
| Shop Supplies | 104.01 | 6000.06 |
| Chargebacks | | 1770.85 |
| Inventory Payments | | 6200.00 |
| TOTAL OTHER DISBURSEMENTS | | |
| Ice | 770.65 | 3177.44 |
| Fuel For Sale | 5990.25 | 4194586 |
| Employee | | 65.52 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

| | | |
|---|---|---|
| Refunds | | 12985.41 |
| Forklift Repair | 73.85 | 3903.28 |
| Customer Repair | | 1758.00 |
| Fees | 39.41 | 39.41 |
| Totals | 7710.78 | 121,231.42 |

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: _Meridian Marina + Yacht Club of Palm City, LLC_  Case Number: _19-18585-MAM_

Reporting Period beginning _03/01/20_    Period ending _03/31/20_

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

## ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

|  |  |  |
|---|---|---|
| Beginning of Month Balance | $ _201,758.31_ | (a) |
| PLUS: Current Month New Billings | _78953.36_ | |
| MINUS: Collection During the Month | $ _54820.36_ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ ___ | * |
| End of Month Balance | $ _225891.31_ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

## POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ _85400.24_ | $ _51524.44_ | $ _45012.30_ | $ _43954.33_ | $ _225891.20_ |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _None_ | | |
|  | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

MOR-4

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: _Meridian Marina_     Case Number: _19-18585-MAM_

Reporting Period beginning _03|01|20_     Period ending _03|31|20_

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | None | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $ _____(a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ |
| MINUS: Amount Paid on Post Petition, | |
| Accounts Payable This Month | $ _____ |
| PLUS/MINUS: Adjustments | $ _____* |
| Ending Month Balance | $ _____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: _Meridian Marina_    Case Number: _19-18585-MAM_

Reporting Period beginning _03/01/20_    Period ending _03/31/20_

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE: $ _186,500.00_
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month    $ _186,500.00_ (a)
    PLUS: Inventory Purchased During Month    $ _____
    MINUS: Inventory Used or Sold    $ _____
    PLUS/MINUS: Adjustments or Write-downs    $ _____ *
    Inventory on Hand at End of Month    $ _186,500.00_

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _10_ % | _50_ % | _40_ % | _0_ % = | _____ 100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month    $ _6,975,000.00_ (a)(b)
    MINUS:  Depreciation Expense    $ _0_
    PLUS:  New Purchases    $ _0_
    PLUS/MINUS: Adjustments or Write-downs    $ _0_ *
Ending Monthly Balance    $ _6,975,000.00_

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____ N/A _____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

Name of Debtor: Meridian Marina    Case Number: 19-18585-MAM

Reporting Period beginning 03/01/20    Period ending 03/31/20

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Fifth Third    BRANCH: West Palm Beach

ACCOUNT NAME: Meridian Marina ACCOUNT NUMBER: 7435293506

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 8298.84 | |
| Plus Total Amount of Outstanding Deposits | $ 58320.36 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 5820700 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 8412.20 | **(a) |

*Debit cards are used by Timothy Mullen

**If Closing Balance is negative, provide explanation: _____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| | | | | |
| | No Cash Disbursements | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 0 Transferred to Payroll Account
$ 0 Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Meridian Marina    Case Number: 19-18585-MAM

Reporting Period beginning 03|01|20    Period ending 03|31|20

NAME OF BANK: Fifth Third Bank    BRANCH: West Palm Beach

ACCOUNT NAME: Meridian Marina + Yacht Club of Palm City, LLC-DIP

ACCOUNT NUMBER: 7435293506

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | See Attached |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL    $ 58207.00

| Date | Description | Category | Amount |
|---|---|---|---|
| | Beginning Balance | | 8298.84 |
| 3/2/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($6.06) |
| 3/2/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($16.80) |
| 3/2/2020 | CORPORATE ACH  CHAIN 0U3849 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($11.50) |
| 3/2/2020 | SERVICE CHARGE PERIOD ENDING 02/28/2020 | Bank/Merchant Fees | ($99.00) |
| 3/2/2020 | DEBIT CARD PURCHASE  XXXXX1812 WORLDWIDE WHOLESALE    FORT LAUDER FL | Fork Lift Repair | ($573.85) |
| 3/2/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $304.59 |
| 3/2/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $844.29 |
| 3/2/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $418.01 |
| 3/2/2020 | CORPORATE ACH  CHAIN 0U3849 5/3 BANKCARD SYS COMB. DEP. | Income | $5,169.80 |
| 3/2/2020 | DEPOSIT        XXXXX9283 | | |
| 3/2/2020 | 1260 Ryan Jacobs | Payroll | ($502.85) |
| 3/2/2020 | 1261 Roger Johnson | Payroll | ($526.82) |
| 3/2/2020 | 1262 Jonathan McCue | Payroll | ($239.15) |
| 3/2/2020 | DEBIT CARD PURCHASE  XXXXX1812 PATRIOT SOFTWARE LLC    XXXXX7147 OH | Software | ($52.00) |
| 3/2/2020 | DEBIT CARD PURCHASE  XXXXX1812 PATRIOT SOFTWARE LLC    XXXXX7147 OH | Software | ($54.00) |
| 3/3/2020 | ACH DEBIT      XXXXX0211 FIFTH THIRD ACH  MPS BILLNG | Bank/Merchant Fees | ($545.30) |
| 3/3/2020 | ACH DEBIT      XXXXX0229 FIFTH THIRD ACH  MPS BILLNG | Bank/Merchant Fees | ($225.38) |
| 3/3/2020 | CORPORATE ACH  110475046 AUTHNET GATEWAY  BILLING | Bank/Merchant Fees | ($42.00) |
| 3/3/2020 | 1253 Cassidy Ice | Courtesy Ice | ($230.05) |
| 3/3/2020 | 1258 Jennifer Jacobs | Payroll | ($514.31) |
| 3/3/2020 | 1259 Rick Jacobs | Payroll | ($1,654.64) |
| 3/3/2020 | 1263 Kasey Mullen | Payroll | ($525.25) |
| 3/4/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($19.77) |
| 3/4/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $787.19 |
| 3/4/2020 | DEBIT CARD PURCHASE  XXXXX1812 AMAZON.COM*F25C007ZI3 A  AMZN.COM/BI WA | Office Supplies | ($204.64) |
| 3/4/2020 | 1265 Jean Slane | Payroll | ($496.46) |
| 3/4/2020 | POS PURCHASE        POS06257341 0585522 THE HOME DEPOT       STUART       FL | Repairs and Maint | ($74.75) |
| 3/5/2020 | 1267 Rosann Sheldon | Payroll | ($990.54) |
| 3/6/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($1.99) |
| 3/6/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $100.00 |
| 3/6/2020 | DEBIT CARD PURCHASE  XXXXX1812 AMAZON.COM*PM6VS97H3 A  AMZN.COM/BI WA | Office Supplies | ($149.27) |
| 3/9/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($124.43) |
| 3/9/2020 | CORPORATE ACH  17114 PORT CONSOLIDATE EFT 03/09 | Fuel for Sale | ($3,600.00) |
| 3/9/2020 | CORPORATE ACH  4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $6,252.63 |
| 3/9/2020 | 1270 Ryan Jacobs | Payroll | ($507.01) |
| 3/9/2020 | 1271 Roger Johnson | Payroll | ($526.82) |
| 3/9/2020 | 1272 Jonathan McCue | Payroll | ($303.03) |
| 3/10/2020 | 1268 Jennifer Jacobs | Payroll | ($577.82) |
| 3/10/2020 | 1269 Rick Jacobs | Payroll | ($1,701.64) |
| 3/10/2020 | DEBIT CARD PURCHASE  XXXXX1812 PDFFILLER.COM       XXXXX4200 MA | Software | ($0.01) |
| 3/11/2020 | CORPORATE ACH  0U3849 FIFTH THIRD ACH  MPS BILLING | Bank/Merchant Fees | ($94.46) |

| Date | Description | Category | Amount |
|---|---|---|---|
| 3/11/2020 | CORPORATE ACH 0U3850 FIFTH THIRD ACH MPS BILLING | Bank/Merchant Fees | ($86.48) |
| 3/11/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($8.23) |
| 3/11/2020 | ATM DEPOSIT 90117724 DEPOSIT 1251 SW 27TH ST    PALM CITY    FL | Income | $340.80 |
| 3/11/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $413.75 |
| 3/11/2020 | 1275 Jean Slane | Payroll | ($482.76) |
| 3/11/2020 | 1266 123 Yacht Service | Repairs and Maint | ($300.00) |
| 3/12/2020 | DEBIT CARD CREDIT 1738986003 VIS 0310 PDFILLERCOM    XXXXX4200 MA | Software | $0.01 |
| 3/13/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($14.61) |
| 3/13/2020 | Bank Fees | Bank/Merchant Fees | ($9.22) |
| 3/13/2020 | Bank Fees | Bank/Merchant Fees | ($12.35) |
| 3/13/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $682.68 |
| 3/13/2020 | DEPOSIT XXXXX9283 | Income | $1,078.85 |
| 3/16/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($7.07) |
| 3/16/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $355.18 |
| 3/16/2020 | DEPOSIT XXXXX5216 | Income | $2,750.00 |
| 3/16/2020 | 1279 Ryan Jacobs | Payroll | ($509.76) |
| 3/16/2020 | 1280 Roger Johnson | Payroll | ($526.82) |
| 3/16/2020 | 1281 Jonathan McCue | Payroll | ($303.04) |
| 3/16/2020 | 1283 Rosann Sheldon | Payroll | ($990.54) |
| 3/16/2020 | DEBIT CARD PURCHASE XXXX1812 DNHGODADDYCOM    XXXXX8855 AZ | Software | ($121.78) |
| 3/17/2020 | 1257 Plastic Pro | Advertising | ($115.00) |
| 3/17/2020 | DEPOSIT XXXXX3646 | Income | $1,200.00 |
| 3/17/2020 | 1273 Kasey Mullen | Payroll | ($525.25) |
| 3/17/2020 | 1277 Jennifer Jacobs | Payroll | ($686.80) |
| 3/17/2020 | 1278 Rick Jacobs | Payroll | ($1,642.10) |
| 3/17/2020 | 1282 Kasey Mullen | Payroll | ($525.25) |
| 3/17/2020 | 1284 Jean Slane | Payroll | ($504.73) |
| 3/18/2020 | 1015 Ruth Petruzskii Tax Collector | Dues/Fees | ($39.41) |
| 3/19/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($25.47) |
| 3/19/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $1,039.88 |
| 3/20/2020 | DEBIT CARD PURCHASE XXXX1812 LOOPNET INC    XXXXX8869 DC | Income | ($104.00) |
| 3/20/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Advertising | ($19.21) |
| 3/20/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Bank/Merchant Fees | $965.49 |
| 3/20/2020 | 1274 Rosann Sheldon | Income | ($990.54) |
| 3/20/2020 | 1276 Rosann Sheldon | Payroll | ($990.54) |
| 3/23/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Payroll | ($10.36) |
| 3/23/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($16.50) |
| 3/23/2020 | CORPORATE ACH CHAIN 0U3849 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($870.16) |
| 3/23/2020 | ATM DEPOSIT 95166303  DEPOSIT 1251 SW 27TH ST    PALM CITY    FL | Bank/Merchant Fees | $540.37 |
| 3/23/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $520.79 |
| 3/23/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $829.11 |
| 3/23/2020 | CORPORATE ACH CHAIN 0U3849 5/3 BANKCARD SYS COMB. DEP. | Income | $31,843.51 |

| Date | Description | Category | Amount |
|---|---|---|---|
| 3/23/2020 | 1287 Ryan Jacobs | Payroll | ($371.25) |
| 3/23/2020 | 1288 Roger Johnson | Payroll | ($526.82) |
| 3/23/2020 | 1290 Rosann Sheldon | Payroll | ($990.54) |
| 3/23/2020 | POS PURCHASE POS99999999 1616822 USPS PO 117185 PALM CITY FL | Postage | ($110.00) |
| 3/24/2020 | DEBIT CARD PURCHASE XXXXX1812 AICALLSTATE INS XXXXX3005 IL | Insurance | ($221.08) |
| 3/24/2020 | POS PURCHASE POS99999999 0433172 OFFICE DEPOT 0 STUART FL | Office Supplies | ($52.26) |
| 3/24/2020 | 1285 Jennifer Jacobs | Payroll | ($413.43) |
| 3/24/2020 | 1286 Rick Jacobs | Payroll | ($1,632.69) |
| 3/24/2020 | 1289 Kasey Mullen | Payroll | ($525.25) |
| 3/24/2020 | ACH WEBSINGLE XXXXX8214 KELLEY & FULTON ECHECK | Professional Fees | ($3,000.00) |
| 3/24/2020 | DEBIT CARD PURCHASE XXXXX1812 IPYAndersonSoftware XXXXX0447TX | Software | ($300.00) |
| 3/24/2020 | DEBIT CARD PURCHASE XXXXX1812 ATTPREMIER EBIL XXXXX0500 GA | Telephone | ($980.49) |
| 3/24/2020 | DEBIT CARD PURCHASE XXXXX1812 COMCASTXFINITY XXXXX2278 FL | Telephone | ($342.44) |
| 3/24/2020 | DEBIT CARD PURCHASE XXXXX1812 COMCASTXFINITY XXXXX2278 FL | Telephone | ($89.60) |
| 3/24/2020 | ACH WEBSINGLE MXXXXX8820 WEBI FPL DIRECT DEBIT ELEC PYMT | Utilities | ($1,335.59) |
| 3/24/2020 | ACH WEBSINGLE XXXXX6094 WASTE MANAGEMENT INTERNET | Utilities | ($307.52) |
| 3/24/2020 | ACH WEBSINGLE XXXXX6577 WEBI FPL DIRECT DEBIT ELEC PYMT | Utilities | ($368.70) |
| 3/24/2020 | ACH WEB-SINGLE MARTINCNTY UT XXXXX1434 | Utilities | ($61.88) |
| 3/24/2020 | ACH WEB-SINGLE MARTINCNTY UT XXXXX1434 | Utilities | ($254.96) |
| 3/24/2020 | ACH WEB-SINGLE MARTINCNTY UT XXXXX1434 | Utilities | ($265.85) |
| 3/24/2020 | ACH WEB-SINGLE MARTINCNTY UT XXXXX1434 | Utilities | ($381.65) |
| 3/25/2020 | DEBIT CARD PURCHASE XXXXX1812 AMPERSAND GRAPHICS STUART FL | Advertising | ($310.40) |
| 3/25/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($11.97) |
| 3/25/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $601.73 |
| 3/25/2020 | ACH DEBIT 7999146 BLUECROSSFLORIDA PREMIUM | Insurance | ($3,177.48) |
| 3/25/2020 | ACH DEBIT 7999147 BLUECROSSFLORIDA PREMIUM | Insurance | ($557.24) |
| 3/25/2020 | CORPORATE ACH E4960456 COLONIAL LIFE INS. PREM. | Insurance | ($662.58) |
| 3/25/2020 | CORPORATE ACH ZenitheCh032420 ZENITH ECHECKS E-CHECK | Insurance | ($2,426.00) |
| 3/25/2020 | 1291 Jean Slane | Payroll | ($632.08) |
| 3/25/2020 | DEBIT CARD PURCHASE XXXXX1812 SHERWIN WILLIAMS 70218 STUART FL | Repairs and Maint | ($769.07) |
| 3/27/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($6.95) |
| 3/27/2020 | CORPORATE ACH 17114 PORT CONSOLIDATE EFT 03/27 | Fuel for Sale | ($2,390.25) |
| 3/27/2020 | ATM DEPOSIT 89158560 DEPOSIT 1251 SW 27TH ST PALM CITY FL | Income | $526.12 |
| 3/27/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $349.32 |
| 3/30/2020 | 1302 Rosann Sheldon | Payroll | ($1,000.54) |
| 3/30/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($2.66) |
| 3/30/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | ($6.06) |
| 3/30/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $101.68 |
| 3/30/2020 | CORPORATE ACH 4445031620229 5/3 BANKCARD SYS COMB. DEP. | Income | $304.59 |
| 3/30/2020 | 1297 Ryan Jacobs | Payroll | ($527.79) |
| 3/30/2020 | 1298 Roger Johnson | Payroll | ($526.82) |
| 3/30/2020 | 1299 Robert Lang | Payroll | ($298.90) |

| Date | Description | Category | Amount |
|---|---|---|---|
| 3/30/2020 | 1300 Jonathan McCue | Payroll | ($357.27) |
| 3/30/2020 | 1305 Robert Lang | Payroll | ($975.16) |
| 3/30/2020 | 1294 Indian River | Shop Supplies | ($577.21) |
| 3/30/2020 | ACH DEBIT  42695873 LAND N SEA DISTR XXXXX0000 | Shop Supplies | ($26.80) |
| 3/30/2020 | DEBIT CARD PURCHASE  XXXXX1812 DNHGODADDYCOM  XXXX8855 AZ | Software | ($94.83) |
| 3/31/2020 | 1293 Cassidy Ice | Courtesy Ice | ($540.60) |
| 3/31/2020 | 1295 Jennifer Jacobs | Payroll | ($433.61) |
| 3/31/2020 | 1296 Rick Jacobs | Payroll | ($1,707.91) |
| 3/31/2020 | 1301 Kasey Mullen | Payroll | ($525.25) |
| 3/31/2020 | 1018 Brian Konrath to Fix Piling | Repairs and Maint | ($2,500.00) |
| | | Ending Balance | 8,412.20 |

| | |
|---|---|
| Beginning Balance | 8,298.84 |
| Advertising | (529.40) |
| Bank/Merchant Charges | (2,293.99) |
| Fees | (39.41) |
| Ice | (770.65) |
| Income | 54,820.36 |
| Fuel | (5,990.25) |
| Forklift Repair | (73.85) |
| Insurance | (7,044.38) |
| New Equity Deposits | 3,500.00 |
| Office Supplies | (406.17) |
| Payroll | (29,189.78) |
| Professional Fees/Accounting | (3,000.00) |
| Postage | (110.00) |
| Repairs and Maint | (3,643.82) |
| Supplies | (104.01) |
| Software | (622.61) |
| Telephone | (1,412.53) |
| Utilities | (2,976.15) |
| Ending Balance | 8,412.20 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: Meridian Marina + Yacht  Case Number: 19-18585-MAM

Reporting Period beginning 03/01/20 _____    Period ending 03/31/20 _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Fifth Third Bank BRANCH: West Palm Beach

ACCOUNT NAME: Meridian Marina ACCOUNT NUMBER: 7435293522
PURPOSE OF ACCOUNT:           PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ N/A _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____
The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ___ | ___ | N/A | ___ | ___ |
| ___ | ___ | | ___ | ___ |
| ___ | ___ | | ___ | ___ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ___ | ___ | N/A | ___ | ___ |
| ___ | ___ | | ___ | ___ |
| ___ | ___ | | ___ | ___ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: _Meridian Marina_   Case Number: _19-18585-MAM_

Reporting Period beginning _03/01/20_   Period ending _03/31/20_

NAME OF BANK: _Fifth Third Bank_ BRANCH: _West Palm Beach_

ACCOUNT NAME: _Meridian Marina + Yacht Club_

ACCOUNT NUMBER: _7435293522_

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              | _See Attached_ |  |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    _$29,189.78_

| Date | Check | Name | Type | Amount |
|---|---|---|---|---|
| 3/2/2020 | 1262 | Jonathan McCue | Payroll | ($239.15) |
| 3/2/2020 | 1261 | Roger Johnson | Payroll | ($526.82) |
| 3/2/2020 | 1260 | Ryan Jacobs | Payroll | ($502.85) |
| 3/3/2020 | 1258 | Jennifer Jacobs | Payroll | ($514.31) |
| 3/3/2020 | 1263 | Kasey Mullen | Payroll | ($525.25) |
| 3/3/2020 | 1259 | Rick Jacobs | Payroll | ($1,654.64) |
| 3/4/2020 | 1265 | Jean Slane | Payroll | ($496.46) |
| 3/5/2020 | 1267 | Rosann Sheldon | Payroll | ($990.54) |
| 3/9/2020 | 1272 | Jonathan McCue | Payroll | ($303.03) |
| 3/9/2020 | 1271 | Roger Johnson | Payroll | ($526.82) |
| 3/9/2020 | 1270 | Ryan Jacobs | Payroll | ($507.01) |
| 3/10/2020 | 1268 | Jennifer Jacobs | Payroll | ($577.82) |
| 3/10/2020 | 1269 | Rick Jacobs | Payroll | ($1,701.64) |
| 3/11/2020 | 1275 | Jean Slane | Payroll | ($482.76) |
| 3/16/2020 | 1281 | Jonathan McCue | Payroll | ($303.04) |
| 3/16/2020 | 1280 | Roger Johnson | Payroll | ($526.82) |
| 3/16/2020 | 1283 | Rosann Sheldon | Payroll | ($990.54) |
| 3/16/2020 | 1279 | Ryan Jacobs | Payroll | ($509.76) |
| 3/17/2020 | 1284 | Jean Slane | Payroll | ($504.73) |
| 3/17/2020 | 1277 | Jennifer Jacobs | Payroll | ($686.80) |
| 3/17/2020 | 1273 | Kasey Mullen | Payroll | ($525.25) |
| 3/17/2020 | 1282 | Kasey Mullen | Payroll | ($525.25) |
| 3/17/2020 | 1278 | Rick Jacobs | Payroll | ($1,642.10) |
| 3/20/2020 | 1274 | Rosann Sheldon | Payroll | ($990.54) |
| 3/20/2020 | 1276 | Rosann Sheldon | Payroll | ($990.54) |
| 3/23/2020 | 1288 | Roger Johnson | Payroll | ($526.82) |
| 3/23/2020 | 1290 | Rosann Sheldon | Payroll | ($990.54) |
| 3/23/2020 | 1287 | Ryan Jacobs | Payroll | ($371.25) |
| 3/24/2020 | 1285 | Jennifer Jacobs | Payroll | ($413.43) |
| 3/24/2020 | 1289 | Kasey Mullen | Payroll | ($525.25) |
| 3/24/2020 | 1286 | Rick Jacobs | Payroll | ($1,632.69) |
| 3/25/2020 | 1291 | Jean Slane | Payroll | ($632.08) |
| 3/27/2020 | 1302 | Rosann Sheldon | Payroll | ($1,000.54) |
| 3/30/2020 | 1300 | Jonathan McCue | Payroll | ($357.27) |
| 3/30/2020 | 1299 | Robert Lang | Payroll | ($298.90) |
| 3/30/2020 | 1305 | Robert Lang | Payroll | ($975.16) |
| 3/30/2020 | 1298 | Roger Johnson | Payroll | ($526.82) |
| 3/30/2020 | 1297 | Ryan Jacobs | Payroll | ($527.79) |
| 3/31/2020 | 1295 | Jennifer Jacobs | Payroll | ($433.61) |
| 3/31/2020 | 1301 | Kasey Mullen | Payroll | ($525.25) |
| 3/31/2020 | 1296 | Rick Jacobs | Payroll | ($1,707.91) |

($29,189.78)

No Tax Account/using Operating Account

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

      Ending Balance per Bank Statement            $ _____
        Plus Total Amount of Outstanding Deposits   $ _____
        Minus Total Amount of Oustanding Checks and other debits $ _____ *
        Minus Service Charges              $ _____
        Ending Balance per Check Register     $ _____ **(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by
                                   United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

  (a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
    "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

*No Tax Account / No Operating Account*

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

TOTAL                                                        _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                           _____(a)
Sales & Use Taxes Paid                                      _____(b)
Other Taxes Paid                                            _____(c)
TOTAL                                                        _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

*No Investment or Petty Cash Accounts*

## **ATTACHMENT 4D**

## **INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

### **INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ |

TOTAL _____(a)

### **PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash On Hand At End of Month | **(Column 4)** Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ |

**TOTAL**                  $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**   $_____
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: Meridian Marina+Yacht Case Number: 19-18585-MAM
Club of Palm City, LLC
Reporting Period beginning ___03/01/20___    Period ending ___03/31/20___

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | | 941 Tax | 5467.75 | 03/01/20 | to 03/31/20 |
| IRS | | 940 Tax | 51.04 | 03/01/20 | to 03/31/20 |
| FL Dept of Rev | | RT-6 | 221.04 | 03/01/20 | to 03/31/20 |
| FL Dept of Rev | | Sales Tax | 4812.73 | 03/01/20 | to 03/31/20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                     $ 10552.56

# Payroll Tax Liabilities Report

Meridian Marina and Yacht Club of Palm City, LLC
Meridian Marina and Yacht Club of Palm City, LLC
1400 SW Chapman Way
Palm City, FL 34990
3/1/2020 to 3/31/2020
As Of: 4/17/2020

**Federal 941 Taxes**                                                                          **3/1/2020 to 3/31/2020**

| TAX | TAXABLE WAGES | EMPLOYEE TAX | EMPLOYER TAX | TOTAL TAXES |
|---|---|---|---|---|
| Federal Income | $25,512.22 | $1,564.41 | $0.00 | $1,564.41 |
| Social Security | $25,512.22 | $1,581.74 | $1,581.74 | $3,163.48 |
| Medicare | $25,512.22 | $369.93 | $369.93 | $739.86 |
| Federal 941 Totals | | $3,516.08 | $1,951.67 | $5,467.75 |

**FUTA 940 Taxes**                                                                             **3/1/2020 to 3/31/2020**

| EMPLOYEE | SOCIAL SECURITY # | GROSS TAXABLE WAGES | TAXABLE WAGES | TOTAL TAXES |
|---|---|---|---|---|
| Alvarez, Roger | •••-••-4000 | $2,560.04 | $1,307.91 | $7.85 |
| Jacobs, Jennifer | •••-••-6300 | $2,459.63 | $256.36 | $1.54 |
| Jacobs, Rick | •••-••-3339 | $7,798.70 | $0.00 | $0.00 |
| Jacobs, Ryan | •••-••-7471 | $2,074.50 | $2,074.50 | $12.44 |
| Lang, Robert | •••-••-6070 | $334.00 | $334.00 | $2.00 |
| McCue, Jonathan | •••-••-0191 | $1,152.00 | $1,152.00 | $6.91 |
| Mullen, Kasey | •••-••-5351 | $2,400.00 | $1,600.00 | $9.60 |
| Sheldon, Rosann | •••-••-6721 | $4,160.00 | $0.00 | $0.00 |
| Slane, Jean | •••-••-4497 | $2,573.35 | $1,783.00 | $10.70 |
| FUTA 940 Totals | | $25,512.22 | $8,507.77 | $51.04 |

**SUTA Taxes**                                                      **3/1/2020 to 3/31/2020**

| EMPLOYEE | SOCIAL SECURITY # | GROSS TAXABLE WAGES | TAXABLE WAGES | TOTAL TAXES |
|---|---|---|---|---|
| Alvarez, Roger | •••-••-4000 | $2,560.04 | $1,307.91 | $34.01 |
| Jacobs, Jennifer | •••-••-6300 | $2,459.63 | $256.36 | $6.67 |
| Jacobs, Rick | •••-••-3339 | $7,798.70 | $0.00 | $0.00 |
| Jacobs, Ryan | •••-••-7471 | $2,074.50 | $2,074.50 | $53.93 |
| Lang, Robert | •••-••-6070 | $334.00 | $334.00 | $8.68 |
| McCue, Jonathan | •••-••-0191 | $1,152.00 | $1,152.00 | $29.95 |
| Mullen, Kasey | •••-••-5351 | $2,400.00 | $1,600.00 | $41.60 |
| Sheldon, Rosann | •••-••-6721 | $4,160.00 | $0.00 | $0.00 |
| Slane, Jean | •••-••-4497 | $2,573.35 | $1,783.00 | $46.36 |
| SUTA Totals | | $25,512.22 | $8,507.77 | $221.20 |

Total Taxes for this Period                                      $5,739.99

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: _Meridian Marina+Yacht_    Case Number: _19-18585-MAM_

Reporting Period beginning _03/01/20_        Period ending _03/31/20_

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Timothy Mullen | Managing Owner | Ø | Ø |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 5 | 3 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 5 | 3 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Gifford Wells Markel Marine | 954-563-1841 | 9CD-1699-6 | Liability | 4/20 | 12th of Month Paid in full |
| Crum+Foster | 855-942-2325 | STP-126843 | Storage Tank | 4/20 | 22nd of Month |
| Zenith Insurance | 800-440-5020 | 2134185403 | Workers Com | 4/20 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|

_NO Lapse In Coverage_

Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No Significant Changes During This Period

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.