**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:  CASE NO.: 19-18585-MAM
  Chapter 11
**MERIDIAN MARINA & YACHT CLUB**
**OF PALM CITY, LLC**

Debtor.
_____/

**DEBTOR MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC'S MOTION FOR AUTHORIZATION TO SELL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

COMES NOW the Debtor in Possession, MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC, (hereinafter referred to as "Debtor"), by and through the undersigned counsel, hereby files this Motion for Authorization to Sell Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, and in and in support would state as follows:

1. On June 27, 2019, the Debtor initiated its case by filing Voluntary Petitions under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in this Court.

2. Since that time, the Debtor has continued in possession of its assets and has operated as a debtor in possession pursuant to 11 U.S.C. Section 1107. As of the date hereof, no creditors' committee has been appointed in this case. In addition, no trustee or examiner has been appointed.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this proceeding and this motion is proper in this district pursuant to 28 U.S.C. § 1409. The statutory bases

{1353751:}

for the relief sought herein are Sections 363 and/or 105 of Title 11 of the United States Code (the "Bankruptcy Code").

## BACKGROUND FACTS

4.  The Debtor is the owner and operator of a marina and yacht club located in Palm City, Florida, providing boat storage, boat sales, dockage, servicing and repairs. The facility is located at 1400 SW Chapman Way, consisting of approximately 280 dry storage marina and wet slips located on approximately 6.5 acres.  In addition, the Debtor owns roughly 4.5 acres of unimproved land located at 1120 SW Chapman Way, immediately adjacent to the marina.

5.  The Debtor has obtained a buyer, namely, Marina Development Partners, LLC, as assigned to Integra Real Estate, LLC (hereinafter referred to as "Buyer"), to purchase the real property located at 1400 SW Chapman Way, 1120 SW Chapman Way, as well as certain assets, as more fully described below.  The Agreement for Purchase and Sale for 1400 SW Chapman Way, 1120 SW Chapman Way and Assignment and Assumption of Purchase and Sale Agreement by Integra Real Estate, LLC are attached hereto as **Composite Exhibit "A"**.

6.  The Disclosure Statement filed in this case and approved by this Court contemplates the sale of 1400 SW Chapman Way to Marina Development Partners, LLC  but did not include the Purchase and Sale Agreement for the 1120 SW Chapman Way and did not contemplate the Assignment to Integra Real Estate, LLC.  This Motion is filed to ensure all parties are on notice of the Assignment as well as on notice that 1120 SW Chapman Way will also be sold.

7.  The sale is to include the following assets:

    a. The real property located at 1400 SW Chapman Way, together with the buildings and improvements thereon and all right, title and interest of Seller in and to appurtenances of the Land, including riparian rights, easements and rights-of-way relating thereto, and, without warranty, all right, title and interest of Seller in and to the land lying within any street or roadway adjoining the Land or any vacated or hereafter vacated street or alley adjoining said Land;

    b. All of Seller's right, title and interest, if any, in and to all fixtures, furniture, equipment, and other tangible personal property, if any, owned by Seller (collectively, the "<u>Personal Property</u>") presently located on the Land or used in connection with the Property, including, without limitation, all: 1. vehicles and watercraft, including trailers and travel-lifts (the "<u>Vehicles</u>"), 2. telephone systems and computer equipment, including software installed thereon, 3. third party vendor parts and accessories located at the Property or in transit to the Property on the Closing Date and 4. gasoline, motor oil, and other similar fuel and fluids currently stored on the Property;

    c. 3.38 acres located at 1120 SW Chapman Way.

(collectively, the "Assets").

## RELIEF REQUESTED

8. By way of this Motion and pursuant to Bankruptcy Code § 363(f), the Debtor requests authority to sell the Assets free and clear of all liens, claims, encumbrances and interests pursuant to the terms of the Agreement of Purchase and Sale, and any amendments thereto with any such liens or interests to attach to the proceeds of the sale, unless satisfied at the sale closing, and subject to any rights and defenses of the Debtor with respect thereto, as well as pay closing or other costs from the sale proceeds at closing as may be required.

9. Bankruptcy Code § 363(f) provides, in pertinent part:

The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if –
(1) applicable non-bankruptcy law permits sale of such property free and clear of such interest;

> (2) such entity consents;
> (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> (4) such interest is in bona fide dispute; or
> (5) such entity could be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f). See also In re Elliot, 94 B.R. 343, 345 (E.D. Pa. 1988) (§ 363(f) written in disjunctive; court may approve sale "free and clear" provided at least one of the requirements is met).

10. Furthermore, a court may authorize the sale under Bankruptcy Code § 363(b) of substantially all of a debtor's assets as long as the debtor has articulated a sound business justification for such sale. Committee of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.), 722 F.2d 1063, 1070-71 (2nd Cir. 1983).

11. Courts have made it clear that a debtor's showing of a sound business justification need not be unduly exhaustive, but, rather, a debtor is "simply required to justify the proposed disposition with sound business reasons." In re Baldwin United Corp., 43 B.R. 888, 906 (Bankr. S.D. Ohio 1984).

12. The Debtor believes, in its sound business judgment, that the sale contemplated in the Agreement offers the best price and the best terms for the sale of the Assets. The sale contemplated herein will provide payment in full of the claim of the the secured creditor, as well as the priority unsecured and general unsecured creditors, subject to any objection filed by the Debtor and sustained by this Court. Martin County Marine Holding is owed the sum of $4,417,341.17 per the Proof of Claim. The total claims filed, including the claim of the secured creditor, total $4,887,736.85. With an aggregate purchase price of $8,)00,000.00, the Debtor maintains that this is the highest and best offer for the Assets. In addition, after closing costs, the Debtor is confident

that all claims will be paid.  The Debtor has been actively and diligently marketing the Assets for sale prior to and during the course of this case.

13. In addition, the Debtor believes that the Buyer is ready, willing and financially able to close on the purchase of the Assets.

14. Accordingly, the Debtor requests authority of this Court to sell the Assets free and clear of all liens, claims, encumbrances and interests pursuant to the terms of the Agreement, with such liens to attach to the proceeds of the sale, subject to undisputed liens that are paid at closing, and without prejudice to defenses and setoffs for disputed claims.

**WHEREFORE,** the Debtor requests that the Court enter an order (i) authorizing the Debtor to sell the Assets as defined herein pursuant to the terms and conditions of the Agreement of Purchase and Sale; (ii) authorizing the payment of any real estate taxes or other closing costs from the sale proceeds at closing; and (iii) for such other and further relief as is necessary and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished by U.S. Mail to the parties listed on the attached mail list on the 24th of July, 2019.

KELLEY, FULTON & KAPLAN P.L.
Attorney for Debtor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401
Tel: (561) 491-1200
Fax:(561) 684-3773

```
                                              BY:   /s/ Dana Kaplan
                                                    DANA KAPLAN, ESQUIRE
                                                    Florida Bar 44315
```

Mailing Information for Case 19-18585-MAM

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **John P Carrigan**   jpc@reblawpa.com, mmj@reblawpa.com
- **Amber E Donner**   Amber.Donner@SpectorRubin.com, heidiparalegal@gmail.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Linda W Jackson**   LJackson@PardoJackson.com, catheryne@pardojackson.com;mfuentes@pardojackson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com
- **Craig I Kelley**   craig@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Alan B Rose**   arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Aspen Environmental Consulting, LLC**
2014 SW Oxbow Way
Palm City, FL 34990

**Charles Goodman**
3022 SW Lake Terrace
Palm City, FL 34990

See attached matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 19-18585-MAM<br>Southern District of Florida<br>West Palm Beach<br>Fri Jul 24 15:39:19 EDT 2020 | Aspen Environmental Consulting, LLC<br>2014 SW Oxbow Way<br>Palm City, FL 34990-3244 | Integra Real Estate, LLC<br>150 SE 2nd Ave<br>Suite 800<br>Miami, FL 33131-1574 |
| MRACHEK, FITZGERALD ROSE KONOPKA THOMAS & WE<br>505 S. Flagler Drive<br>Suite 600<br>West Palm Beach, FL 33401-5945 | Martin County Marine Holdings LLC<br>c/o Amber E Donner<br>3250 Mary Street # 405<br>Miami, FL 33133-5232 | Martin Downs Property Owners' Associati<br>c/o Ross Earle Bonan & Ensor, P.A.<br>P.O. Box 2401<br>Stuart, FL 34995-2401 |
| Meridian Marina & Yacht Club of Palm City, L<br>1400 SW Chapman Way<br>Palm City, FL 34990-2400 | 5T Wealth Partners LP<br>Department#6200<br>P.O. Box 830539<br>Birmingham,, AL 35283-0539 | ADR Electric Inc<br>P.O. Box 665<br>Jensen Beach, FL 34958-0665 |
| Allstate Insurance<br>P.O. Box 4344<br>Carol Stream, IL 60197-4344 | Aspen Environmental<br>P.O. Box 2753<br>Stuart, FL 34995-2753 | Aspen Environmental Consulting, LLC<br>c/o Jodi Beck<br>2014 SW Oxbow Way<br>Palm City, FL 34990-3244 |
| Bartlett Brothers Security<br>2694 SE Willoughby Blvd<br>Stuart, FL 34994-4700 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cassidy Ice<br>3240 SE Dominica Terrace<br>Stuart, FL 34997-5758 |
| Charles Goodman<br>3022 SW Lake Terrace<br>Palm City, FL 34990-1927 | Clark Environmental<br>755 Prairie Industrial Pkwy<br>Mulberry, FL 33860-6559 | Colonial Life<br>P.O. Box 1365<br>Columbia, SC 29202-1365 |
| Comcast<br>P.O. Box 71211<br>Charlotte, NC 28272-1211 | EDC<br>10250 SW Village Parkway, Suite 201<br>Port Saint Lucie, FL 34987-2362 | Florida Department of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399-0140 |
| Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | Grainger<br>1800 N. Florida Mango Rd<br>West Palm Beach, FL 33409-6486 | Gunster<br>777 South Flagler Drive<br>West Palm Beach, FL 33401-6194 |
| Industrial Hose and Hydraulics<br>2450 N.Powerline Rd<br>Pompano Beach, FL 33069-1051 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Central Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Kapp Morrison, LLP<br>7900 Glades Road Suite 550<br>Boca Raton, FL 33434-4167 | Law Office of Robert M. Lewis, LLC<br>P.O. Box 1831<br>Jupiter, FL 33468-1831 | MIC<br>2964 Airway Ave<br>Costa Mesa, CA 92626-6018 |

| | | |
|---|---|---|
| Martin County Marine Holdings, LLC<br>1206 North Park Avenue<br>Winter Park, FL 32789-2542 | Martin County Property Owner's Associat<br>C/O Ross Earl Bonan and Ensor PA<br>789 SW Federal Highway<br>Stuart, FL 34994-2962 | Martin County Tax Collector<br>3485 SE Willoughby Blvd<br>Stuart, FL 34994-5062 |
| Martin County Utilities<br>P.O. Box 9000<br>Stuart, FL 34995-9000 | Marvin Kennard<br>4971 SW Lake Grove Circle<br>Palm City, FL 34990-8506 | Meridian Marina & Yacht Club of Palm Ci<br>2625 W Grandview Rd Suite 150<br>Phoenix, AZ 85023-3109 |
| Mracheck Law<br>505 S. Flagler Drive, Suite 600<br>West Palm Beach, FL 33401-5945 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PI Finance<br>PO Box 922025<br>Norcross, GA 30010-2025 |
| Palmdale Oil Company, Inc.<br>911 N 2nd St<br>Fort Pierce, FL 34950-9121 | Paul Lane<br>7880 North University Drive<br>Suite 2000<br>Fort Lauderdale, FL 33321-2124 | Plastic Pro<br>DKG Concepts Incorporated<br>P.O. Box 2359<br>Palm City, FL 34991-7359 |
| Progressive Environmental Services Inc.<br>19 National Dr<br>Franklin MA 02038-3243 | Robert Jennings, P.A.<br>306 S.E. Detroit Ave<br>Stuart, FL 34994-2113 | Robert Sader, P.A.<br>224 Commercial Blvd Suite 310<br>Fort Lauderdale, FL 33308-4443 |
| SWS Environmental Services<br>P.O. Box 538498<br>Atlanta, GA 30353-8498 | Safety Kleen<br>2600 North Central Expressway Suite 400<br>Richardson, TX 75080-2058 | Shaun T. Plymale<br>100 SW Albany Avenue<br>Suite 310<br>Stuart, FL 34994-2000 |
| Shraiberg, Landau, & Page PA<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 | State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, FL 32314-6668 | Sudden Service, Inc<br>P.O. Box 903<br>Louisville, MS 39339-0903 |
| Susan Lasky<br>320 Southeast 18th Street<br>Fort Lauderdale, FL 33316-2818 | The Zenith Insurance Company<br>21255 Califa St<br>Woodland Hills, CA 91367-5021 | Time Payment Corp<br>1600 District Avenue<br>Suite 200<br>Burlington, MA 01803-5233 |
| Treasure Coast Legal<br>100 SW Albany Avenue Suite 310<br>Stuart, FL 34994-2000 | W.W. Grainger, Inc<br>401 S Wright Road W4E.C37<br>Janesville WI 53546-8729 | Waste Management of SFlorida<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 |
| William Scotsman<br>901 S. Bond Street. #600<br>Baltimore, MD 21231-3348 | Zimmer Construction<br>129 N.W. 13th St Suite 20<br>Boca Raton, FL 33432-1635 | Zimmer Construction Consultants, P.A.<br>129 NW 13th Street<br>Suite 20<br>Boca Raton, FL 33432-1635 |

| | | |
|---|---|---|
| m2 Lease Funds LLC<br>175 N. Patrick Blvd., Suite 140<br>Brookfield, WI 53045-5811 | m2 Lease Funds LLC<br>175 North Patrick Boulevard<br>Earth City, MO 63045 | Amber E Donner<br>3250 Mary Street # 405<br>Miami, FL 33133-5232 |
| Craig I Kelley<br>1665 Palm Beach Lakes Blvd #1000<br>West Palm Beach, FL 33401-2109 | Dana L Kaplan<br>1665 Palm Beach Lakes Blvd #1000<br>W Palm Beach, FL 33401-2109 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Acting US Attorney<br>99 NE 4th Street<br>Miami, FL 33132 | (d)Internal Revenue Service<br>Atty General United States Dept Justice<br>Tenth & Constitution<br>Washington, DC 20530 | (d)Internal Revenue Service<br>c/o IRS District Counsel<br>Claude Pepper Federal Bldg<br>51 S.W. 1st Ave., 11th Floor<br>Miami, FL 33130 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)Martin Downs Property Owners' Associati<br>c/o Ross Earle Bonan & Ensor, P.A.<br>P.O. Box 2401<br>Stuart, FL 34995-2401 | (u)See attached |
| (d)Charles Goodman<br>3022 SW Lake Terrace<br>Palm City, FL 34990-1927 | End of Label Matrix<br>Mailable recipients    64<br>Bypassed recipients     4<br>Total                  68 | |