**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    CASE NO.: 19-18585-MAM

                                                         Chapter 11

MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC

Debtor.
_____/

### NOTICE OF FILING DEBTOR'S MONTHLY OPERATING REPORT FOR THE PERIOD FROM JULY 1, 2020 THROUGH JULY 31, 2020

The Debtor, MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC., by and

through its undersigned attorney, hereby files the attached Monthly Financial Report.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing has been furnished via us mail to the parties below this 14th day of August 2020.

KELLEY, FULTON & KAPLAN, P.L.
Attorney for Debtor in Possession
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By:  /s/ Dana Kaplan
        DANA KAPLAN, ESQUIRE
        Florida Bar No.: 44315

**Mailing Information for Case 19-18585-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **John P Carrigan**    jpc@reblawpa.com, mmj@reblawpa.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.
  com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Craig I Kelley**    craig@kelleylawoffice.com,
  dana@kelleylawoffice.com,tina@kelleylawoffice.com,cassandra@kelleylawoffice
  .com;kelleycr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Susan D. Lasky**    ECF@suelasky.com,
  ecfsuelasky@gmail.com;r48532@notify.bestcase.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Alan B Rose**    arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Aspen Environmental Consulting, LLC**
2014 SW Oxbow Way
Palm City, FL 34990

**Meridian Marina & Yacht Club of Palm City, LLC**
1400 SW Chapman Way
Palm City, FL 34990

UNITED STATES BANKRUPTCY COURT

DISTRICT OF _____ _____

_____ DIVISION

| IN RE: | } | CASE NUMBER |
|---|---|---|
| _Meridian Marina_ | } | _____ |
| _and Yacht Club of Palm City_ | } | JUDGE_____ |
| _LLC._ | } | |
| DEBTOR. | } | CHAPTER 11 |

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)**

FOR THE PERIOD

FROM _07/01/20_ TO _07/31/20_

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_Dana Kaplan_
_____

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

_1400 SW Chapman Way_

_Palm City FL 34990_

_____

_____

Attorney's Address
and Phone Number:

**Kelley Fulton & Kaplan PL**

**1665 Palm Beach Lakes Blvd., Ste. 1000**

**West Palm Beach, FL 33401**

_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 07/01/20 AND ENDING 07/31/20

Name of Debtor: Meridian Marina    Case Number 19-18585
Date of Petition: _____

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 1204.29 (a) | 86,536.04 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 0 | 0 |
| Minus: Cash Refunds | (-) 0 | 0 |
| Net Cash Sales | 0 | 0 |
| B. Accounts Receivable | 60,027.20 | 699,424.95 |
| C. Other Receipts (See MOR-3) | 25,000.00 | 122,274.70 |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | 85,027.20 | 821,699.65 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 97,031.49 | 907,735.69 |
| 5. DISBURSEMENTS: | | |
| A. Advertising | 291.00 | 2292.60 |
| B. Bank Charges | 1387.19 | 41,404.03 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | 3719.65 | 16,869.29 |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | 200.00 | 9998.24 |
| H. Manufacturing Supplies | | 1265.89 |
| I. Office Supplies | 816.27 | 4891.14 |
| J. Payroll - Net (See Attachment 4B) | 2599.11 | 37,248.33 |
| K. Professional Fees (Accounting & Legal) | 3000.00 | 41,000.00 |
| L. Rent | | |
| M. Repairs & Maintenance | 1010.10 | 11,697.43 |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | 149.70 |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | 1564.05 | 10,675.24 |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | 5534.09 |
| U. Utilities | 1557.02 | 34,089.11 |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | 12,673.19 | 156,155.11 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 87,431.88 | 859,270.20 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | 9599.61 (c) | 96,135.65 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 14 day of August, 20 20    _____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |

TOTAL OTHER RECEIPTS

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| N/A | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Previous Month | Current Month | Cumulative Petition to Date |
|---|---|---|---|
| Parts | 32,630.21 | | 32,630.21 |
| Postage | 5,616.18 | 110.00 | 5,726.18 |
| Software/Computer | 5,779.68 | 140.00 | 5,919.68 |
| Website | 400.00 | - | 400.00 |
| Shop Supplies | 7,724.91 | 1,959.66 | 9,684.57 |
| Chargebacks | 1,770.85 | - | 1,770.85 |
| Inventory Payment | 10,200.00 | 2,000.00 | 12,200.00 |
| Ice | 4,172.89 | 373.91 | 4,546.80 |
| Fuel Purchased | 56,443.58 | 7,862.11 | 64,305.69 |
| Employee | 65.52 | - | 65.52 |
| Refunds | 12,985.41 | - | 12,985.41 |
| Forklift Repair | 3,903.28 | - | 3,903.28 |
| Customer Repair | 1,750.00 | - | 1,750.00 |
| Fees | 39.41 | 227.51 | 266.92 |
| Totals | 143,481.92 | 12,673.19 | 156,155.11 |

|  | 20-Jul Budget | Actual |
|---|---|---|
| Gross Income | $559,250.00 | 60,027.20 |
| | | 44,013.00 |
| New Equity | $10,000.00 | 25,000.00 |
| Cost of Goods Sold | $5,000.00 | 7,430.40 |
| **Net Income** | **$64,250.00** | **77,596.80** |
| Expenses | | |
| Advertising | $250.00 | 291.00 |
| Auto | $350.00 | - |
| Bank Fees/Merchant Fees | $1,500.00 | 1,387.19 |
| Computer | $300.00 | 140.00 |
| Customer Courtesy (Ice) | $600.00 | 373.91 |
| Dues and Subscriptions | $150.00 | 227.51 |
| Equipment Rental | $2,000.00 | 2,000.00 |
| Equipment Repair and Maintenance | $250.00 | - |
| Events/Promotional | $250.00 | - |
| Fire and Security Alarm | $200.00 | - |
| Fork Lift Fuel | $600.00 | 431.71 |
| Insurance | $21,000.00 | 37,196.95 |
| Inventory | $2,000.00 | 2,000.00 |
| Lawn Maintenance (in payroll) | $- | - |
| Office Supplies | $300.00 | 816.27 |
| Payroll* | $24,000.00 | 25,996.11 |
| Postage and Shipping | $250.00 | 110.00 |
| Professional Fees | $3,000.00 | 3,000.00 |
| Repairs and Maintenance | $2,000.00 | 1,010.10 |
| US Trustee Fees | $1,600.00 | - |
| Utilities | $3,500.00 | 3,061.07 |
| **Total Expenses** | **$64,100.00** | **78,041.82** |
| **Net Income** | **$150.00** | **(445.02)** |

* Includes $25,000 Down Payment for Wind Policy

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Meridian Manor    Case Number: 19-18585-MAM

Reporting Period beginning 07\01\20    Period ending 07\31\20

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 216,534.83 | (a) |
| PLUS: Current Month New Billings | 70,986.29 | |
| MINUS: Collection During the Month | $ 60,027.20 | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ | * |
| End of Month Balance | $ 227,493.92 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $87,521.69 | $29,674.63 | $42,694.99 | $67,602.61 | $227,493.92 |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| None | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: _Meadon Mann_    Case Number: _19-18585-mAm_

Reporting Period beginning _07|01|20_    Period ending _07|31|20_

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | None | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

---

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | |
|---|---|
| Opening Balance | $ _____(a) |
| PLUS: New Indebtedness Incurred This Month | $ _____ |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ _____ |
| PLUS/MINUS: Adjustments | $ _____ * |
| Ending Month Balance | $ _____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: _Meridian Marina_     Case Number: _19-18585-MAM_

Reporting Period beginning _07/01/20_     Period ending _07/31/20_

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $ _186,500.00_
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month          $ _186,500.00_ (a)
    PLUS: Inventory Purchased During Month          $ _____
    MINUS: Inventory Used or Sold          $ _____
    PLUS/MINUS: Adjustments or Write-downs          $ _____ *
    Inventory on Hand at End of Month          $ _186,500.00_

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _10_ % | _50_ % | _40_ % | _0_ % | = _____ 100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          $ _6,975,000.00_ (a)(b)
    MINUS:  Depreciation Expense          $ _____
    PLUS:  New Purchases          $ _____
    PLUS/MINUS: Adjustments or Write-downs          $ _____ *
Ending Monthly Balance          $ _6,975,000.00_

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _N/A_ _____

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

### ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: _Meridian Manor_    Case Number: _19-18585-MAM_

Reporting Period beginning _07/01/20_    Period ending _07/31/20_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _Fifth Third_    BRANCH: _West Palm Beach_

ACCOUNT NAME: _Meridian Manor_    ACCOUNT NUMBER: _7435243506_

PURPOSE OF ACCOUNT: _____OPERATING_____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 12004.29 |
| Plus Total Amount of Outstanding Deposits | $ | 8502730 |
| Minus Total Amount of Outstanding Checks and other debits | $ | 87431.88 * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 9599.61 **(a) |

*Debit cards are used by _Timothy Mullen_

**If Closing Balance is negative, provide explanation:_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| No Cash Disbursements | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ _____0_____ Transferred to Payroll Account
$ _____0_____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: Meridian Marina   Case Number: 19-18585- MAM

Reporting Period beginning 07/01/20   Period ending 07/31/20

NAME OF BANK: Fifth Third Bank   BRANCH: West Palm Beach

ACCOUNT NAME: Meridian Marina Yacht Club of PalmCity LLC DIP

ACCOUNT NUMBER: 7435293506

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | See Attached | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                $8743188

| Date | Description | Account | Amount |
|---|---|---|---|
| 7/1/2020 | Beginning Balance | | 12,004.29 |
| 7/1/2020 | CORPORATE ACH   CHAIN 0U38495/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | (12.59) |
| 7/1/2020 | SERVICE CHARGE PERIOD ENDING 06/30/2020 | Bank/Merchant Fees | (30.00) |
| 7/1/2020 | CORPORATE ACH   CHAIN 0U38495/3BANKCARDSYS COMB. DEP. | Income | 457.95 |
| 7/1/2020 | DEPOSIT | Income | 1,509.16 |
| 7/1/2020 | DEPOSIT   XXXXX7503 | Income | 431.33 |
| 7/1/2020 | POS PURCHASE   XXXXX7714 | Income | (133.00) |
| 7/1/2020 | Roger Johnson   PO599995999  0602842 PMT*MARTIN CNT | ST License and Fees | (526.82) |
| 7/1/2020 | ACH DEBIT   43815516 LAND N SEA DISTR XXXXX0000 | Payroll | (35.02) |
| 7/2/2020 | CORPORATE ACH   112841442 AUTHNET GATEWAY BILLING | Shop Supplies | (41.30) |
| 7/2/2020 | DEBIT CARD PURCHASE  XXXXX1812 PATRIOT SOFTWARE LLC   XXXXX7:Computer | Bank/Merchant Fees | (56.00) |
| 7/2/2020 | DEBIT CARD PURCHASE  XXXXX1812 PATRIOT SOFTWARE LLC   XXXXX7:Computer | Bank/Merchant Fees | (64.00) |
| 7/2/2020 | DEPOSIT | Customer Ice | (373.91) |
| 7/2/2020 | DEPOSIT   XXXXX0755 | Income | 489.90 |
| 7/2/2020 | CHECK PRINTING FEE | Office Supplies | (315.97) |
| 7/2/2020 | Rosann Sheldon | Payroll | (990.54) |
| 7/2/2020 | ACH DEBIT   43838486 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (368.52) |
| 7/2/2020 | American Safety and First Aid | Shop Supplies | (43.48) |
| 7/2/2020 | ACH DEBIT   XXXXX0211 FIFTH THIRD ACH MPS BILLNG | Bank/Merchant Fees | (523.36) |
| 7/3/2020 | ACH DEBIT   XXXXX0229 FIFTH THIRD ACH MPS BILLNG | Bank/Merchant Fees | (30.00) |
| 7/3/2020 | CORPORATE ACH   17114 PORT CONSOLIDATE EFT 07/03 | Fuel Purchased | (2,704.05) |
| 7/3/2020 | DEBIT CARD PURCHASE  XXXXX1812 PMT*MARTIN CNTY TAX CO   STUA License and Fees | Shop Supplies | (94.51) |
| 7/3/2020 | ACH DEBIT   43856433 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (41.06) |
| 7/3/2020 | ACH DEBIT   43861038 LAND N SEA DISTR XXXXX0000 | Income | (57.21) |
| 7/3/2020 | DEPOSIT   XXXXX0039 | Payroll | 6,330.02 |
| 7/6/2020 | Jean Slane | Payroll | (479.73) |
| 7/6/2020 | Jean Slane | Payroll | (479.73) |
| 7/6/2020 | Daniel Knarr | Payroll | (525.39) |
| 7/6/2020 | Rosann Sheldon | Payroll | (222.25) |
| 7/6/2020 | ACH DEBIT   43876880 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (238.34) |
| 7/7/2020 | Jonathan McCure | Payroll | (1,019.85) |
| 7/7/2020 | Jennifer Jacobs | Payroll | (1,410.21) |
| 7/7/2020 | Rick Jacobs | Payroll | (515.32) |
| 7/7/2020 | Ryan Jacobs | Payroll | (479.73) |
| 7/8/2020 | Jean Slane | Payroll | (479.73) |
| 7/9/2020 | RECURRING DEBIT CARD  XXXXX2191 PDFFILLERCOM   XXXXX4200 :Computer | Payroll | (20.00) |
| 7/9/2020 | Roger Johnson | Payroll | (526.82) |
| 7/9/2020 | Rosann Sheldon | Payroll | (990.54) |
| 7/10/2020 | DEPOSIT   XXXXX1320 | Income | 1,030.20 |
| 7/13/2020 | CORPORATE ACH   0U3849 FIFTH THIRD ACH MPS BILLING | Bank/Merchant Fees | (94.71) |
| 7/13/2020 | CORPORATE ACH   0U3850 FIFTH THIRD ACH MPS BILLING | Bank/Merchant Fees | (81.35) |
| 7/13/2020 | DEPOSIT   XXXXX4389 | Income | 4,034.56 |
| 7/13/2020 | Ryan Jacobs | Payroll | (675.99) |
| 7/13/2020 | Daniel Knarr | Payroll | (557.91) |
| 7/13/2020 | Coastal Electric | Repairs and Maint | (89.00) |
| 7/14/2020 | ACH DEBIT   43960305 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (221.76) |
| 7/14/2020 | DEPOSIT   XXXXX5111 | Income | 2,557.07 |
| 7/14/2020 | Jacob Burchett | Payroll | (246.19) |
| 7/14/2020 | Jacob Burchett | Payroll | (462.69) |

| Date | Payee / Description | Category | Amount |
| --- | --- | --- | --- |
| 7/14/2020 | Jacob Burchett | Payroll | (459.07) |
| 7/14/2020 | Jacob Burchett | Payroll | (254.84) |
| 7/14/2020 | Jennifer Jacobs | Payroll | (583.56) |
| 7/14/2020 | Rick Jacobs | Payroll | (1,128.18) |
| 7/14/2020 | Flybs A/C | Repairs and Maint | (471.10) |
| 7/15/2020 | DEPOSIT XXXXX1837 | Income | 1,509.24 |
| 7/15/2020 | Jean Slane | Payroll | (632.08) |
| 7/16/2020 | CORPORATE ACH 17114 PORT CONSOLIDATE EFT 07/16 | Fuel Purchased | (2,573.68) |
| 7/16/2020 | Roger Johnson | Payroll | (526.82) |
| 7/16/2020 | Rosann Sheldon | Payroll | (993.20) |
| 7/20/2020 | DEBIT CARD PURCHASE XXXXX1812 LOCPNET INC | Payroll | (291.00) |
| 7/20/2020 | DEPOSIT XXXXX6847 | Income | 2,020.03 |
| 7/20/2020 | Daniel Knarr | Payroll | (221.01) |
| 7/20/2020 | Ryan Jacobs | Payroll | (120.51) |
| 7/20/2020 | Jacob Burchett | Payroll | (676.01) |
| 7/20/2020 | Roger Johnson | Payroll | (532.61) |
| 7/20/2020 | Jonathan McCure | Payroll | (573.88) |
| 7/20/2020 | DEPOSIT | Income | 30,135.61 |
| 7/20/2020 | CORPORATE ACH XXXXX8869 D Advertising | Advertising | (11,282.95) |
| 7/21/2020 | CORPORATE ACH CHAIN 0U3849 5/3 BANKCARD SYS COMB. FEES | Bank/Merchant Fees | (914.00) |
| 7/21/2020 | CORPORATE ACH CHAIN 0U3849 5/3 BANKCARD SYS COMB. DEP. | Income | (348.84) |
| 7/21/2020 | Gifford Wells | Insurance | (602.89) |
| 7/21/2020 | Zenith Insurance | Workers Comp Insurance | (1,128.17) |
| 7/21/2020 | POS PURCHASE PC5081559544 0547059 STAPLES 1184 | Office Supplies | (110.00) |
| 7/21/2020 | POS PURCHASE POS9999999999 0547058 USPS PO 117185 | Postage | (2,000.00) |
| 7/22/2020 | ACH WEBSINGLE XXXXX4807 KELLEY & FULTON ECHECK | Professional Fees | (479.74) |
| 7/23/2020 | ACH WEBSINGLE MXXXXX2925 WEBI FPL DIRECT DEBIT ELEC PYMT | Utilities | (3,000.00) |
| 7/23/2020 | Rosann Sheldon | Payroll | (993.20) |
| 7/23/2020 | Waste Management | Utilities | (1,249.50) |
| 7/23/2020 | DEBIT CARD PURCHASE XXXXX1812 COMCASTXFINITY | Telephone | (307.52) |
| 7/23/2020 | DEBIT CARD PURCHASE XXXXX1812 COMCASTXFINITY | Telephone | (344.38) |
| 7/23/2020 | DEBIT CARD PURCHASE XXXXX1812 COMCASTXFINITY | Telephone | (189.20) |
| 7/23/2020 | DEBIT CARD PURCHASE XXXXX2278 COMCASTXFINITY | Telephone | (970.47) |
| 7/23/2020 | ACH DEBIT 44118431 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (115.34) |
| 7/24/2020 | Roger Johnson | Payroll | (526.82) |
| 7/24/2020 | Roger Johnson | Payroll | (526.82) |
| 7/24/2020 | Roger Johnson | Payroll | (526.82) |
| 7/24/2020 | ACH DEBIT 44140377 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (6.40) |
| 7/27/2020 | DEPOSIT XXXXX6433 | Income | 3,354.80 |
| 7/27/2020 | Inventory Financing | Inventory Payment | (2,000.00) |
| 7/27/2020 | Ryan Jacobs | Payroll | (502.38) |
| 7/27/2020 | Daniel Knarr | Payroll | (604.93) |
| 7/27/2020 | Jonathan McCure | Payroll | (214.82) |
| 7/28/2020 | CORPORATE ACH 44153963 LAND N SEA DISTR 9311950000 | Shop Supplies | (72.60) |
| 7/28/2020 | DEPOSIT XXXXX1004 | New Equity | 25,000.00 |
| 7/28/2020 | Rick Jacobs | Payroll | (1,096.85) |
| 7/28/2020 | Jennifer Jacobs | Payroll | (555.32) |
| 7/28/2020 | Johnson Fiolios | Repairs and Maint | (450.00) |
| 7/28/2020 | ACH TEL-SINGLE 44182423 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (107.59) |

| Date | Description | Category | Amount |
|---|---|---|---|
| 7/28/2020 | WIRE TRANSFER OUT    SKPDFUD    XXXXX5210 REF:07 28WMQFNPN | Wind Insurance/Renewal | (25,000.00) |
| 7/29/2020 | Roger Johnson | Payroll | (526.82) |
| 7/29/2020 | Jean Slane | Payroll | (479.73) |
| 7/29/2020 | ACH DEBIT    441917441 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (326.17) |
| 7/30/2020 | DEPOSIT | Income | 886.09 |
| 7/30/2020 | DEPOSIT    XXXXX9357 | Income | (993.20) |
| 7/30/2020 | Rosann Sheldon | Payroll | (2,584.38) |
| 7/31/2020 | CORPORATE ACH   17114 PORT CONSOLIDATE EFT 07/31 | Fuel Purchased | 4,578.34 |
| 7/31/2020 | DEPOSIT    XXXXX4233 | Income | 702.90 |
| 7/31/2020 | DEPOSIT    XXXXX8287 | Income |  |
| 7/31/2020 | DEPOSIT | Income |  |
| 7/31/2020 | DEBIT CARD PURCHASE    XXXXX1812 Amazon.com*MI4TM9TO1 | Amz.Office Supplies | (151.46) |
| 7/31/2020 | ACH DEBIT    44232928 LAND N SEA DISTR XXXXX0000 | Shop Supplies | (326.17) |
| 7/31/2020 | Ending Balance |  | 9,599.61 |

| Category | Amount |
|---|---|
| Beginning Balance | 12,004.29 |
| Advertising | (291.00) |
| Bank Charges/Merchant Fees | (1,387.19) |
| Computer | (140.00) |
| Customer Ice | (375.91) |
| Forklift Rental | (2,000.00) |
| Fuel Purchased | (7,862.11) |
| Income | 60,027.20 |
| Insurance | (37,196.95) |
| Inventory Payment | (2,000.00) |
| License and Fees | (227.51) |
| New Equity | 25,000.00 |
| Office Supplies | (816.27) |
| Payroll | (25,996.11) |
| Postage | (110.00) |
| Professional Fees | (3,000.00) |
| Repairs and Maint | (1,010.10) |
| Shop Supplies | (1,959.66) |
| Telephone | (1,504.05) |
| Utilities | (1,557.02) |
| Ending Balance | 9,599.61 |

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: Mendian Manna + Yacht Case Number: 19-18585-MAM

Reporting Period beginning 07|01|20          Period ending 07|31|20

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Fifth Third Bank   BRANCH: West Palm Beach

ACCOUNT NAME: Mendian Manna   ACCOUNT NUMBER: 7435293522

PURPOSE OF ACCOUNT: _____ PAYROLL _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ ___ N/A ___ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | ____ | ____ | ____ | _____ |
| ____ | N/A | ____ | ____ | _____ |
| ____ | | ____ | ____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | N/A | ____ | ____ | _____ |
| ____ | | ____ | ____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: _Mendian Manor_     Case Number: _19-18585-MAM_

Reporting Period beginning _07|01|20_     Period ending _07|31|20_

NAME OF BANK: _Fifth Third Bank_     BRANCH: _West Palm Beach_

ACCOUNT NAME: _Mendian Manor Yacht Club_

ACCOUNT NUMBER: _7435293522_

PURPOSE OF ACCOUNT: _____ PAYROLL _____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | _See Attached_ |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                        $25996.11

| Date | Description | Account | Amount |
|------|-------------|---------|--------|
| 7/1/2020 | Roger Johnson | Payroll | (526.82) |
| 7/2/2020 | Rosann Sheldon | Payroll | (990.54) |
| 7/6/2020 | Jean Slane | Payroll | (479.73) |
| 7/6/2020 | Jean Slane | Payroll | (479.73) |
| 7/6/2020 | Daniel Knarr | Payroll | (525.39) |
| 7/6/2020 | Jonathan McCure | Payroll | (222.25) |
| 7/7/2020 | Jennifer Jacobs | Payroll | (1,019.85) |
| 7/7/2020 | Rick Jacobs | Payroll | (1,410.21) |
| 7/7/2020 | Ryan Jacobs | Payroll | (515.32) |
| 7/8/2020 | Jean Slane | Payroll | (479.73) |
| 7/9/2020 | Roger Johnson | Payroll | (526.82) |
| 7/9/2020 | Rosann Sheldon | Payroll | (990.54) |
| 7/13/2020 | Ryan Jacobs | Payroll | (675.99) |
| 7/13/2020 | Daniel Knarr | Payroll | (557.91) |
| 7/14/2020 | Jacob Burchett | Payroll | (246.19) |
| 7/14/2020 | Jacob Burchett | Payroll | (462.69) |
| 7/14/2020 | Jacob Burchett | Payroll | (459.07) |
| 7/14/2020 | Jacob Burchett | Payroll | (254.84) |
| 7/14/2020 | Jennifer Jacobs | Payroll | (583.56) |
| 7/14/2020 | Rick Jacobs | Payroll | (1,128.18) |
| 7/15/2020 | Jean Slane | Payroll | (632.08) |
| 7/16/2020 | Roger Johnson | Payroll | (526.82) |
| 7/16/2020 | Rosann Sheldon | Payroll | (993.20) |
| 7/20/2020 | Jonathan McCure | Payroll | (221.01) |
| 7/20/2020 | Jacob Burchett | Payroll | (120.51) |
| 7/20/2020 | Ryan Jacobs | Payroll | (676.01) |
| 7/20/2020 | Daniel Knarr | Payroll | (532.61) |
| 7/21/2020 | Jennifer Jacobs | Payroll | (602.89) |
| 7/21/2020 | Rick Jacobs | Payroll | (1,128.17) |
| 7/22/2020 | Jean Slane | Payroll | (479.74) |
| 7/23/2020 | Rosann Sheldon | Payroll | (993.20) |
| 7/24/2020 | Roger Johnson | Payroll | (526.82) |
| 7/24/2020 | Roger Johnson | Payroll | (526.82) |
| 7/24/2020 | Roger Johnson | Payroll | (526.82) |
| 7/27/2020 | Ryan Jacobs | Payroll | (502.38) |
| 7/27/2020 | Daniel Knarr | Payroll | (604.93) |
| 7/27/2020 | Jonathan McCure | Payroll | (214.82) |
| 7/28/2020 | Rick Jacobs | Payroll | (1,096.85) |
| 7/28/2020 | Jennifer Jacobs | Payroll | (555.32) |
| 7/29/2020 | Roger Johnson | Payroll | (526.82) |
| 7/29/2020 | Jean Slane | Payroll | (479.73) |
| 7/30/2020 | Rosann Sheldon | Payroll | (993.20) |

(25,996.11)

*No Tax Acct / Using Operating Acct*

## ATTACHMENT 4C

### MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____ TAX _____

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ _____ | |
| Plus Total Amount of Outstanding Deposits | $ _____ | |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ | * |
| Minus Service Charges | $ _____ | |
| Ending Balance per Check Register | $ _____ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

No Tax Account/Using Operating Acct

**ATTACHMENT 5C**

**CHECK REGISTER - TAX ACCOUNT**

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT: _____ TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the
alternative, a computer-generated check register can be attached to this report, provided all the
information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |
| ____ | ____ | ____ | ____ | ____ |

TOTAL _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid _____(a)
Sales & Use Taxes Paid _____(b)
Other Taxes Paid _____(c)
TOTAL _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

*No Investment or Petty Cash Acct*

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable
_____

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                    _____ (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                              **$_____ (b)**

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation_____**
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)    $_____ (c)**

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: Mendian Marina + Yacht  Case Number: 19-18585-mpm

Reporting Period beginning 07|01|20  Period ending 07|31|20

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | | 941 Tax | 8241.51 | 07|01|20 to 07|31|20 |
| IRS | | 940 Tax | 2726 | 07|01|20 to 07|31|20 |
| FL Dept of Rev | | Rt-6 | 118.13 | 07|01|20 to 07|31|20 |
| FL Dept of Rev | | Sales Tax | 5099.28 | 07|01|20 to 07|31|20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                    $ 13486.18

# Payroll Tax Liabilities Report

Meridian Marina and Yacht Club of Palm City, LLC
Meridian Marina and Yacht Club of Palm City, LLC
1400 SW Chapman Way
Palm City, FL 34990
7/1/2020 to 7/31/2020
As Of: 8/10/2020

## Federal 941 Taxes                                         7/1/2020 to 7/31/2020

| TAX | TAXABLE WAGES | EMPLOYEE TAX | EMPLOYER TAX | TOTAL TAXES |
|---|---|---|---|---|
| Federal Income | $33,467.05 | $3,121.09 | $0.00 | $3,121.09 |
| Social Security | $33,467.05 | $2,074.95 | $2,074.95 | $4,149.90 |
| Medicare | $33,467.05 | $485.26 | $485.26 | $970.52 |
| Federal 941 Totals | | $5,681.30 | $2,560.21 | $8,241.51 |

## FUTA 940 Taxes                                            7/1/2020 to 7/31/2020

| EMPLOYEE | SOCIAL SECURITY # | GROSS TAXABLE WAGES | TAXABLE WAGES | TOTAL TAXES |
|---|---|---|---|---|
| Alvarez, Roger | •••-••-4000 | $4,480.07 | $0.00 | $0.00 |
| Burchette, Jacob | •••-••-7777 | $1,341.00 | $1,341.00 | $8.04 |
| Jacobs, Jennifer | •••-••-6300 | $3,983.98 | $0.00 | $0.00 |
| Jacobs, Rick | •••-••-3339 | $6,760.00 | $0.00 | $0.00 |
| Jacobs, Ryan | •••-••-7471 | $3,306.00 | $0.00 | $0.00 |
| Knarr, Daniel | •••-••-5984 | $3,202.50 | $3,202.50 | $19.22 |
| McCue, Jonathan | •••-••-0191 | $1,033.50 | $0.00 | $0.00 |
| Sheldon, Rosann | •••-••-6721 | $6,400.00 | $0.00 | $0.00 |
| Slane, Jean | •••-••-4497 | $2,960.00 | $0.00 | $0.00 |
| FUTA 940 Totals | | $33,467.05 | $4,543.50 | $27.26 |

**SUTA Taxes**                                                                    **7/1/2020 to 7/31/2020**

| EMPLOYEE | SOCIAL SECURITY # | GROSS TAXABLE WAGES | TAXABLE WAGES | TOTAL TAXES |
|---|---|---|---|---|
| Alvarez, Roger | •••-••-4000 | $4,480.07 | $0.00 | $0.00 |
| Burchette, Jacob | •••-••-7777 | $1,341.00 | $1,341.00 | $34.86 |
| Jacobs, Jennifer | •••-••-6300 | $3,983.98 | $0.00 | $0.00 |
| Jacobs, Rick | •••-••-3339 | $6,760.00 | $0.00 | $0.00 |
| Jacobs, Ryan | •••-••-7471 | $3,306.00 | $0.00 | $0.00 |
| Knarr, Daniel | •••-••-5984 | $3,202.50 | $3,202.50 | $83.27 |
| McCue, Jonathan | •••-••-0191 | $1,033.50 | $0.00 | $0.00 |
| Sheldon, Rosann | •••-••-6721 | $6,400.00 | $0.00 | $0.00 |
| Slane, Jean | •••-••-4497 | $2,960.00 | $0.00 | $0.00 |
| SUTA Totals | | $33,467.05 | $4,543.50 | $118.13 |

Total Taxes for this Period                                                                    $8,386.90

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Meridian Marina + Yacht    Case Number: 19-18585-MAM

Reporting Period beginning 07/01/20    Period ending 07/31/20

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Timothy Mullen | Managing Owner | 0 | 0 |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 5 | 3 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 5 | 3 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Gifford Wells | | | | | |
| Markel Marine | 954-563-1841 | 9CD-1699-6 | Liability | 10/20 | 12th of Month |
| Crum + Foster | 855-942-2325 | STP-126843 | Storage Tank | 10/20 | Paid In Full |
| Zenith Insurance | 800-440-5020 | Z13418-5403 | Workers Comp | 10/20 | 22nd of month |
| IPFS Corporation | 877-674-3076 | FLS-8372 | Wind | 7/21 | 28th of month |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

No Lapse In Coverage

Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No Significant Change during this Period

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16