UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

**MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC,**

    Debtor.

CASE NO. 19-18585-MAM
CHAPTER 11

### ZIMMER CONSTRUCTION CONSULTANTS, P.A.'S OBJECTION TO PLAN

Zimmer Construction Consultants, P.A. ("Zimmer"), by and through undersigned counsel, objects to the Second Amended Plan of Reorganization for Meridian Marina & Yacht Club of Palm City, LLC (the "Plan") [ECF 140], and states as follows:

1. Zimmer filed Claim No. 13-1 in the amount of $14,229.96. The Claim was filed as secured as Zimmer recorded a claim of lien for the amounts owed to it.

2. The time for the Debtor to object to claims has passed. The Debtor did not file an objection to Zimmer's Claim.

3. Notwithstanding that Zimmer filed a secured claim, the Debtor failed to treat Zimmer as secured and failed to include Zimmer in a class of secured claims, either on its own, or as part of another secured class.

4. The Debtor's Plan therefore improperly classifies Zimmer and must be either amended or modified in order to properly treat Zimmer's secured claim.

5. Assuming that the Debtor reclassifies Zimmer as a secured claim, Zimmer has no other objections to the Plan. Zimmer would therefore request the Court sustain this Objection, require the Debtor to amend and/or modify the Plan in order to properly treat Zimmer's Claim as

secured and, assuming the Court confirms the Plan, require that Zimmer be paid as a secured claimant out of the sale of the property that the Plan contemplates.

WHEREFORE, for the reasons stated herein, Zimmer respectfully requests the Court sustain this Objection, require the Debtor to treat Claim No. 13-1 as a secured claim, require the Debtor to modify and/or amend the Plan such that Zimmer's claim is treated as secured and paid out of the sale of the property contemplated in the Plan, as well as grant any further relief the Court deems proper under the circumstances.

Dated this 8th day of September, 2020.

           **SLATKIN & REYNOLDS, P.A.**
           Attorneys for Zimmer Construction
           One East Broward Boulevard, Suite 609
           Fort Lauderdale, Florida 33301
           Telephone 954.745.5880
           Facsimile 954.745.5890
           rreynolds@slatkinreynolds.com

           By: /s/ Robert F. Reynolds
               ROBERT F. REYNOLDS
               Fla. Bar No. 174823

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished via the Court's CM/ECF electronic noticing system to Heidi A. Feinman, Trustee, heidi.a.feinman@usdoj.gov; Dana L. Kaplan, Esq., dana@kelleylawoffice.com, tina@kelleylawoffice.com; Craig I. Kelley, Esq., craig@kelleylawoffice.com, dana@kelleylawoffice.com; Susan D. Lasky, Esq., ecf@suelasky.com, ecfsuelasky@gmail.com; Alan B. Rose, Esq., arose@mrachek-law.com, manderson@mrachek-law.com; Craig I. Kelley, Esq., craig@kelleylawoffice.com; Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov on this 8th day of September, 2020.

           /s/ Robert F. Reynolds
           ROBERT F. REYNOLDS