UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:  CASE NO.: 19-18585-MAM
MERIDIAN MARINA & YACHT CLUB  Chapter 11
OF PALM CITY, LLC
Debtor.
_____/

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

***TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]***

*The plan filed by* <u>Meridian Marina & Yacht Club of Palm City, LLC</u> *on* <u>July 27, 2020</u> *can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor (insert name) Zimmer Construction Consultants, P.A. for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ General Secured |  | $ _____ |
| ☒ General Unsecured | 7 | $14,229.96 |
| ☐ Bond Holder |  | Amount of Bond/debenture $ _____ |
| ☐ Equity Security Holder |  | Number of Shares of Stock _____ |

The undersigned [Check One Box]        ☐ Accepts        ☒ Rejects
the plan for reorganization of the above-named debtor.

       Signed: /s/ Richard Zimmer
       Print Name: Zimmer Construction Consultants, P.A.
       Address: 129 NW 13th Street, Suite 20, Boca Raton, FL 33432
       Phone: 561.391.6917
       Date:   September 8, 2020
       ☐☐☐**FILE THIS BALLOT ON OR BEFORE** <u>September 8, 2020</u>            ☐☐☐
with:     Clerk of Bankruptcy Court
        ☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
        ☐ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
        ☒ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote.  Contact the plan proponent regarding incorrect or insufficient ballot(s).**

LF-33 (rev. 10/10/14)