

ORDERED in the Southern District of Florida on October 26, 2020.

      *Mindy A. Mora*
      _____
      **Mindy A. Mora, Judge**
      **United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                         CASE NO.: 19-18585-MAM
                                                                                    Chapter 11
MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC

Debtor.
_____/

### ORDER GRANTING DEBTOR'S EXPEDITED MOTION TO APPROVE BIDDING PROCEDURES AND THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF CERTAIN LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO AN AUCTION SALE [D.E. #247]

THIS CAUSE came before the Court on October 21, 2020, at 1:30 p.m., for hearing upon Debtor's Expedited Motion To Approve Bidding Procedures And The Sale Of Substantially All Of The Debtor's Assets Free And Clear Of Certain Liens, Claims, And Encumbrances Pursuant To An Auction Sale [D.E. #247] and the Court, having reviewed

the file, heard argument of counsel and being otherwise duly advised in the premises, it is,

**ORDERED and ADJUDGED** as follows:

1. Debtor's Expedited Motion to Approve Bidding Procedures and the Sale of Substantially All of the Debtor's Assets Free and Clear of Certain Liens, Claims, and Encumbrances Pursuant To An Auction Sale [D.E. # 247] is **GRANTED**, as more fully set forth below.

2. The Bidding Procedures [D.E. #270] attached hereto as **Exhibit "1"** are hereby approved in their entirety, are incorporated herein by reference and shall govern the bids and proceedings related to the Auction and the Sale in this matter.

3. The Purchase and Sale Agreement that all bidders shall be required to use in this matter is attached hereto as **Exhibit "2"** and is hereby approved to be included as part of the bidding package related to the Auction and the Sale in this matter.

4. Tranzon Driggers is authorized to take any and all actions necessary to implement the Bidding Procedures.

5. Tranzon Driggers is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. Upon entry of the order approving these Bidding Procedures, all past, present and future prospective purchasers will be subject to these Bidding Procedures and the auction terms and conditions.

7. A hearing to approve the Auction Sale results shall be held before this Court three (3) business days after the date set for the Auction Sale, which hearing will be scheduled by separate document upon the request of Debtor's counsel.

8. The Court shall retain jurisdiction over any matters related to or arising from the implementation of this Order.

# # #

Submitted By:
Craig I. Kelley, Esquire
Kelley, Fulton & Kaplan, PL
Attorneys for Debtor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Telephone:  (561) 491-1200
Fax:  (561) 684-3773

*Copies Furnished to:*

*Craig I. Kelley, Esquire, who shall serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*