**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                                                        CASE NO.: 19-18585-MAM
                                                                                     Chapter 11
MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC

Debtor.
_____/


**MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC'S**
**OBJECTION TO CLAIM OF PROGRESSIVE ENVIRONMENTAL SERVICES INC.**
**(CLAIM NO. 11)**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) object(s) to the following claim(s) filed in this case and on the grounds set forth therein. Accordingly, the claim(s) should be stricken and disallowed.

| Name of Claimant | Claim Amount | Claim Number | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| PROGRESSIVE ENVIRONMENTAL SERVICES INC. | $58,433.21 | Claim No. 11 | Objection – The correct amount of this claim is $46,179.83. Claim shall be reduced to $46,179.83. |

WHEREFORE, the Debtor respectfully request this Court enter an order sustaining this Objection, disallowing the Claims listed above, and granting such other and further relief as may be just.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U.S. Mail to the parties listed on the attached mail list this 29th day of October, 2020.

KELLEY, FULTON & KAPLAN, P.L.
Attorneys for the Debtors in Possession
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401
Phone (561) 491-1200
Facsimile (561) 684-3773

By: /s/ Dana Kaplan, Esq.
    DANA KAPLAN, ESQUIRE
    Florida Bar 44315

Mailing Information for Case 19-18585-MAM

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **John P Carrigan**   jpc@reblawpa.com, mmj@reblawpa.com
- **Amber E Donner**   Amber.Donner@SpectorRubin.com, heidiparalegal@gmail.com
- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Linda W Jackson**   LJackson@PardoJackson.com, catheryne@pardojackson.com;mfuentes@pardojackson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com
- **Craig I Kelley**   craig@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Alan B Rose**   arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Aspen Environmental Consulting, LLC
2014 SW Oxbow Way
Palm City, FL 34990

Charles Goodman
3022 SW Lake Terrace
Palm City, FL 34990

Stetson Insurance Funding
6450 Transit Road
Depew, 14043

PROGRESSIVE ENVIRONMENTAL SERVICES INC.
Jonathan Selden
19 National Drive
Franklin, MA 02038