

**ORDERED in the Southern District of Florida on November 4, 2020.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| IN RE: | CASE NO.: 19-18585-MAM |
| | Chapter 11 |
| MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC | |
| Debtor. | |
| _____/ | |

**ORDER SETTING HEARING ON
APPROVAL OF AUCTION SALE RESULTS**

THIS CAUSE came before the Court pursuant to the Order Granting Debtor's Expedited Motion to Approve Bidding Procedures and the Sale of Substantially all of the Debtor's Assets Free and Clear of Certain Liens, Claims, and Encumbrances pursuant to an Auction Sale [D.E. #274], which is currently scheduled to occur on December 15, 2020, and the Court being otherwise advised in the premises, it is:

**ORDERED** as follows:

1. A hearing shall be held on **December 18, 2020 at 9:30 a.m.** to Approve the Auction Sale results in this matter.

2. The hearing will be conducted telephonically and all parties in interest must arrange to appear solely telephonically via CourtSolutions (https://www.court-solutions.com). To participate, parties may also call Court Solutions at (917) 746-7476. A reservation to participate in the hearing is required. Call Court Solutions at (917) 746-7476 no later than 3:00 p.m., one business day prior to the date of the hearing.)

# # #

Submitted By:
Craig I. Kelley, Esquire
Kelley, Fulton & Kaplan, PL
Attorneys for Debtor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Telephone: (561) 491-1200
Fax: (561) 684-3773

*Copies Furnished to:*

*Craig I. Kelley, Esquire, who shall serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*