

ORDERED in the Southern District of Florida on November 10, 2020.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | CASE NO.: 19-18585-MAM |
| | Chapter 11 |
| MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC | |
| Debtor. _____/ | |

**ORDER (I) SETTING HEARING ON CONFIRMATION OF
PLAN; (II) SETTING HEARING ON FEE APPLICATIONS;
(III) SETTING VARIOUS DEADLINES; AND
(IV) DESCRIBING PLAN PROPONENT'S OBLIGATIONS**

CONFIRMATION HEARING AND HEARING ON FEE APPLICATIONS

<u>**January 5, 2021 at  2:30 p.m.**</u>

LOCATION:
United States Bankruptcy Court
1515 N. Flagler Drive, Courtroom A, West Palm Beach, Florida 33401; the hearing will be

conducted telephonically and all parties in interest must arrange to appear solely telephonically via CourtSolutions (https://www.court-solutions.com/signup). To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing.  Reservations should be arranged online at https://www.court-solutions.com/.  If a party is unable to register online, a reservation may also be made by telephone at (917) 746−7476

PROPONENT'S DEADLINE FOR SERVING THIS ORDER,
DISCLOSURE STATEMENT, PLAN, and BALLOT:
**November 26, 2020**  (40 days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CLAIMS:
**November 26, 2020**   (40 days before Confirmation Hearing)

DEADLINE FOR FEE APPLICATIONS:
**December 15, 2020**   (21 days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS:
**December 22, 2020** (14 days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CONFIRMATION:
**December 22, 2020**   (14 days before Confirmation Hearing)

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:
**December 22, 2020** (14 days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR FILING
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:
**December 30, 2020**  (three business days before Confirmation Hearing)

DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":
**December 30, 2020**  (three business days before Confirmation Hearing)

The court conducted a hearing on  May 28, 2020  to consider approval of the disclosure statement filed by  Meridian Marina & Yacht Club of Palm City LLC (the "plan

proponent"). The court found that the disclosure statement (as amended, if amendments were announced by the plan proponent or required by the court at the hearing) contained "adequate information" regarding the plan in accordance with 11 U.S.C. §1125(a)(D.E. 117).

This order sets a hearing to consider confirmation of the plan ("confirmation hearing"), a hearing on fee applications and sets forth the deadlines and requirements relating to confirmation provided in the Bankruptcy Code, Bankruptcy Rules and Local Rules of this court.

### 1.    HEARING TO CONSIDER CONFIRMATION OF PLAN

The court has set a hearing to consider confirmation of the plan for the date and time indicated above as "CONFIRMATION HEARING". The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

### 2.    DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS

The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FEE APPLICATIONS". All prospective applicants for compensation, including attorneys, accountants and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through confirmation. At or prior to confirmation, applicants must file a supplement with documentation supporting the estimated time and costs. Fee applications shall be timely filed with the court and served (with all exhibits, including documentation of estimated time) on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or Examiner that has been appointed; and (v) the U.S. Trustee.

Fee applications will be set for hearing together with the confirmation hearing. The plan proponent shall serve notice of all fee applications pursuant to paragraph 6 below. The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

### 3. DEADLINE FOR OBJECTIONS TO CONFIRMATION

The last day for filing and serving objections to confirmation of the plan is indicated above as "DEADLINE FOR OBJECTIONS TO CONFIRMATION". Objections to confirmation shall be filed with the court and served on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee.

### 4. DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN

The last day for filing a ballot accepting or rejecting the plan is indicated above as "DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN". All parties entitled to vote should receive a ballot from the plan proponent by U.S. Mail pursuant to paragraph 6(A) of this order. If you receive a ballot but your entire claim has been objected to, you will <u>not</u> have the right to vote until the objection is resolved, unless you request an order under Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

### 5. DEADLINE FOR OBJECTIONS TO CLAIMS

The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR OBJECTIONS TO CLAIMS". All objections to claims must be filed before this date unless the deadline is extended by further order.

### 6. PLAN PROPONENT'S OBLIGATIONS

**(A)** On or before the date indicated above as "PROPONENT'S DEADLINE FOR

SERVING THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT" the plan proponent shall serve a copy of this order, the approved disclosure statement (with all amendments, if amendments were announced by the plan proponent or required by the court at the disclosure hearing), and the plan on all creditors, all equity security holders, and all other parties in interest, as required by the Bankruptcy Rules (including those entities as described in Bankruptcy Rule 3017(f)) and the Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H). At the time of serving this order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan", customized as required by Local Rule 3018-1 shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the plan. The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(B)** On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING NOTICE OF FEE APPLICATIONS", the plan proponent shall serve a notice of hearing of all fee applications, identifying each applicant and the amounts requested. The notice shall be served on all creditors, all equity security holders, and all other parties in interest as required by the Bankruptcy and Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H). The plan proponent shall file a certificate of service as required under Local Rule 2002-1(F).

**(C)** On or before 5:00 p.m. on the date indicated above as "PROPONENT'S DEADLINE FOR FILING PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT", the plan proponent shall file with the court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit". The

"Confirmation Affidavit" shall set forth the facts upon which the plan proponent relies to establish that each of the requirements of 11 U.S.C. §1129 are satisfied. The "Confirmation Affidavit" should be prepared so that by reading it, the court can easily understand the significant terms of the plan and other material facts relating to confirmation of the plan. The individual executing the "Confirmation Affidavit" shall be present at the confirmation hearing.

If the plan proponent does not timely comply with any of the requirements of this order, the court may impose sanctions at the confirmation hearing without further notice including dismissal, conversion of the case to chapter 7, or the striking of the plan. The court will also consider dismissal or conversion at the confirmation hearing at the request of any party or on the court's own motion.

**7.** [If debtor is an individual] the debtor shall file, on or before the date indicated above, the Local Form "Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns".

###

**Submitted by:**

Craig Kelley, Esquire
KELLEY, FULTON & KAPLAN, P.L.
1665 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
e-mail: bankruptcy@kelleylawoffice.com

**Copies furnished to:**
*Craig Kelley, Esq., is directed to serve copies of this order on the parties listed on the attached mail list and file a Certificate of Service.*