**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          CASE NO.: 19-18585 MAM

                                                               Chapter 11

MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC.

Debtor.
_____/

## NOTICE OF FILING

    The Debtor, MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC by and

through its undersigned attorney, hereby files the following:

    1.    Budget – November 2020 – January 2021

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District
Court for the Southern District of Florida and I am in compliance with the additional
qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and
correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached
mail list this 13th day of November, 2020.

                                        KELLEY FULTON & KAPLAN, P.L.
                                        Attorney for Debtor
                                        1665 Palm Beach Lakes Blvd.
                                        The Forum - Suite 1000
                                        West Palm Beach, Florida 33401
                                        Tel: (561) 491-1200
                                        Fax:(561) 684-3773

                                        BY: /s/ Craig I. Kelley_____
                                            CRAIG I. KELLEY, ESQUIRE
                                            Florida Bar 782203

*Mailing Information for Case 19-18585-MAM*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.
  com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Craig I Kelley**    craig@kelleylawoffice.com,
  dana@kelleylawoffice.com,tina@kelleylawoffice.com,cassandra@kelleylawoffice
  .com;kelleycr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Susan D. Lasky**    ECF@suelasky.com,
  ecfsuelasky@gmail.com;r48532@notify.bestcase.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Alan B Rose**    arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Aspen Environmental Consulting, LLC**
2014 SW Oxbow Way
Palm City, FL 34990

**Meridian Marina & Yacht Club of Palm City, LLC**
1400 SW Chapman Way
Palm City, FL 34990

See attached matrix.

Label Matrix for local noticing
113C-9
Case 19-18585-MAM
Southern District of Florida
West Palm Beach
Fri Jul 24 15:39:19 EDT 2020

Aspen Environmental Consulting, LLC
2014 SW Oxbow Way
Palm City, FL 34990-3244

Integra Real Estate, LLC
150 SE 2nd Ave
Suite 800
Miami, FL 33131-1574

MRACHEK, FITZGERALD ROSE KONOPKA THOMAS & WE
505 S. Flagler Drive
Suite 600
West Palm Beach, FL 33401-5945

Martin County Marine Holdings LLC
c/o Amber E Donner
3250 Mary Street # 405
Miami, FL 33133-5232

Martin Downs Property Owners' Associati
c/o Ross Earle Bonan & Ensor, P.A.
P.O. Box 2401
Stuart, FL 34995-2401

Meridian Marina & Yacht Club of Palm City, L
1400 SW Chapman Way
Palm City, FL 34990-2400

5T Wealth Partners LP
Department#6200
P.O. Box 830539
Birmingham,, AL 35283-0539

ADR Electric Inc
P.O. Box 665
Jensen Beach, FL 34958-0665

Allstate Insurance
P.O. Box 4344
Carol Stream, IL 60197-4344

Aspen Environmental
P.O. Box 2753
Stuart, FL 34995-2753

Aspen Environmental Consulting, LLC
c/o Jodi Beck
2014 SW Oxbow Way
Palm City, FL 34990-3244

Bartlett Brothers Security
2694 SE Willoughby Blvd
Stuart, FL 34994-4700

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Cassidy Ice
3240 SE Dominica Terrace
Stuart, FL 34997-5758

Charles Goodman
3022 SW Lake Terrace
Palm City, FL 34990-1927

Clark Environmental
755 Prairie Industrial Pkwy
Mulberry, FL 33860-6559

Colonial Life
P.O. Box 1365
Columbia, SC 29202-1365

Comcast
P.O. Box 71211
Charlotte, NC 28272-1211

EDC
10250 SW Village Parkway, Suite 201
Port Saint Lucie, FL 34987-2362

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0140

Florida Power & Light
General Mail Facility
Miami, FL 33188-0001

Grainger
1800 N. Florida Mango Rd
West Palm Beach, FL 33409-6486

Gunster
777 South Flagler Drive
West Palm Beach, FL 33401-6194

Industrial Hose and Hydraulics
2450 N.Powerline Rd
Pompano Beach, FL 33069-1051

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kapp Morrison, LLP
7900 Glades Road Suite 550
Boca Raton, FL 33434-4167

Law Office of Robert M. Lewis, LLC
P.O. Box 1831
Jupiter, FL 33468-1831

MIC
2964 Airway Ave
Costa Mesa, CA 92626-6018

Martin County Marine Holdings, LLC
1206 North Park Avenue
Winter Park, FL 32789-2542

Martin County Property Owner's Associat
C/O Ross Earl Bonan and Ensor PA
789 SW Federal Highway
Stuart, FL 34994-2962

Martin County Tax Collector
3485 SE Willoughby Blvd
Stuart, FL 34994-5062

Martin County Utilities
P.O. Box 9000
Stuart, FL 34995-9000

Marvin Kennard
4971 SW Lake Grove Circle
Palm City, FL 34990-8506

Meridian Marina & Yacht Club of Palm Ci
2625 W Grandview Rd Suite 150
Phoenix, AZ 85023-3109

Mracheck Law
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401-5945

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PI Finance
PO Box 922025
Norcross, GA 30010-2025

Palmdale Oil Company, Inc.
911 N 2nd St
Fort Pierce, FL 34950-9121

Paul Lane
7880 North University Drive
Suite 2000
Fort Lauderdale, FL 33321-2124

Plastic Pro
DKG Concepts Incorporated
P.O. Box 2359
Palm City, FL 34991-7359

Progressive Environmental Services Inc.
19 National Dr
Franklin MA 02038-3243

Robert Jennings, P.A.
306 S.E. Detroit Ave
Stuart, FL 34994-2113

Robert Sader, P.A.
224 Commercial Blvd Suite 310
Fort Lauderdale, FL 33308-4443

SWS Environmental Services
P.O. Box 538498
Atlanta, GA 30353-8498

Safety Kleen
2600 North Central Expressway Suite 400
Richardson, TX 75080-2058

Shaun T. Plymale
100 SW Albany Avenue
Suite 310
Stuart, FL 34994-2000

Shraiberg, Landau, & Page PA
2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

Sudden Service, Inc
P.O. Box 903
Louisville, MS 39339-0903

Susan Lasky
320 Southeast 18th Street
Fort Lauderdale, FL 33316-2818

The Zenith Insurance Company
21255 Califa St
Woodland Hills, CA 91367-5021

Time Payment Corp
1600 District Avenue
Suite 200
Burlington, MA 01803-5233

Treasure Coast Legal
100 SW Albany Avenue Suite 310
Stuart, FL 34994-2000

W.W. Grainger, Inc
401 S Wright Road W4E.C37
Janesville WI 53546-8729

Waste Management of SFlorida
P.O. Box 4648
Carol Stream, IL 60197-4648

William Scotsman
901 S. Bond Street. #600
Baltimore, MD 21231-3348

Zimmer Construction
129 N.W. 13th St Suite 20
Boca Raton, FL 33432-1635

Zimmer Construction Consultants, P.A.
129 NW 13th Street
Suite 20
Boca Raton, FL 33432-1635

```
m2 Lease Funds LLC                m2 Lease Funds LLC                Amber E Donner
175 N. Patrick Blvd., Suite 140   175 North Patrick Boulevard       3250 Mary Street # 405
Brookfield, WI 53045-5811         Earth City, MO 63045             Miami, FL 33133-5232



Craig I Kelley                    Dana L Kaplan
1665 Palm Beach Lakes Blvd #1000  1665 Palm Beach Lakes Blvd #1000
West Palm Beach, FL 33401-2109    W Palm Beach, FL 33401-2109
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service          (d)Internal Revenue Service      (d)Internal Revenue Service
Acting US Attorney                Atty General United States Dept Justice  c/o IRS District Counsel
99 NE 4th Street                  Tenth & Constitution              Claude Pepper Federal Bldg
Miami, FL 33132                   Washington, DC 20530              51 S.W. 1st Ave., 11th Floor
                                                                    Miami, FL 33130
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                (d)Martin Downs Property Owners' Associati  (u)See attached
                                  c/o Ross Earle Bonan & Ensor, P.A.
                                  P.O. Box 2401
                                  Stuart, FL 34995-2401



(d)Charles Goodman                End of Label Matrix
3022 SW Lake Terrace              Mailable recipients      64
Palm City, FL 34990-1927          Bypassed recipients       4
                                  Total                    68
```

| Meridian Marina & Yacht Club of Palm City, LLC | | | |
|---|---|---|---|
| Cash Collateral Budget November 2020 to January 2021 | | | |
| | Nov-20 | Dec-20 | Jan-21 |
| Gross Income | $ 59,250.00 | $ 59,250.00 | $ 59,250.00 |
| | | | |
| New Equity | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 |
| | | | |
| Cost of Goods Sold | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 |
| | | | |
| **Net Income** | **$ 64,250.00** | **$ 64,250.00** | **$ 64,250.00** |
| | | | |
| Expenses | | | |
| Advertising | $ 250.00 | $ 250.00 | $ 250.00 |
| Auto | $ 350.00 | $ 350.00 | $ 350.00 |
| Bank Fees/Merchant Fees | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Computer | $ 300.00 | $ 300.00 | $ 300.00 |
| Customer Courtesy (Ice) | $ 600.00 | $ 600.00 | $ 600.00 |
| Dues and Subscriptions | $ 150.00 | $ 150.00 | $ 150.00 |
| Equipment Rental | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Equipment Repair and Maintenance | $ 250.00 | $ 250.00 | $ 250.00 |
| Events/Promotional | $ 250.00 | $ 250.00 | $ 250.00 |
| Fire and Security Alarm | $ 200.00 | $ 200.00 | $ 200.00 |
| Fork Lift Fuel | $ 600.00 | $ 600.00 | $ 600.00 |
| Insurance | $ 21,000.00 | $ 21,000.00 | $ 21,000.00 |
| Inventory | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Lawn Maintenance (in payroll) | $ - | $ - | $ - |
| Office Supplies | $ 300.00 | $ 300.00 | $ 300.00 |
| Payroll* | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 |
| Postage and Shipping | $ 250.00 | $ 250.00 | $ 250.00 |
| Professional Fees | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Repairs and Maintenance | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| US Trustee Fees | $ 1,600.00 | $ - | $ - |
| Utilities | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| | | | |
| **Total Expenses** | **$ 64,100.00** | **$ 62,500.00** | **$ 62,500.00** |
| | | | |
| **Net Income** | **$ 150.00** | **$ 1,750.00** | **$ 1,750.00** |
| | | | |
| *Officer compensation shall not be paid to Timothy Mullen absent the filing of a separate Motion for Officer Compensation.* | | | |