**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                          CASE NO.: 19-18585-MAM

                                                                Chapter 11

MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC

Debtor.
_____/

## NOTICE OF FILING DEBTOR'S MONTHLY OPERATING REPORT FOR THE PERIOD FROM OCTOBER 1, 2020 THROUGH OCTOBER 31, 2020

The Debtor, MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC., by and

through its undersigned attorney, hereby files the attached Monthly Financial Report.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing has been furnished via us mail to the parties below this 13th day of November 2020.

KELLEY, FULTON & KAPLAN, P.L.
Attorney for Debtor in Possession
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By:  /s/ Dana Kaplan
        DANA KAPLAN, ESQUIRE
        Florida Bar No.: 44315

**Mailing Information for Case 19-18585-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **John P Carrigan**    jpc@reblawpa.com, mmj@reblawpa.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan**    dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Craig I Kelley**    craig@kelleylawoffice.com, dana@kelleylawoffice.com,tina@kelleylawoffice.com,cassandra@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- **Susan D. Lasky**    ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Alan B Rose**    arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    **Aspen Environmental Consulting, LLC**
    2014 SW Oxbow Way
    Palm City, FL 34990

    **Meridian Marina & Yacht Club of Palm City, LLC**
    1400 SW Chapman Way
    Palm City, FL 34990

UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF _____

_____ DIVISION

IN RE:                                    }          CASE NUMBER
                                          }          _____
Meridian Marina                          }
and Yacht Club of Palm                   }          JUDGE_____
City LLC                                 }
DEBTOR.                                   }          CHAPTER 11

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM _10/01/20_ TO _10/31/20_

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.

Dana Kaplan, Esq.
_____
Attorney for Debtor's Signature

Debtor's Address                          Attorney's Address
and Phone Number:                         and Phone Number:

1400 SW Chapman Way                       _____
Palm City, FL 34990                       _____

_____          _____

_____          _____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
FOR THE PERIOD BEGINNING _10/1/20_ AND ENDING _10/31/20_

Name of Debtor: _Meridian Manna_    Case Number _19-18585_
Date of Petition: _____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | _449.78_ (a) | _99,754.07_ (b) |
| 2. RECEIPTS: | | |
|    A. Cash Sales | | |
|      Minus: Cash Refunds | (-) | |
|      Net Cash Sales | | |
|    B. Accounts Receivable | _41,901.28_ | _837,573.83_ |
|    C. Other Receipts *(See MOR-3)* | _18,100.00_ | _140,374.70_ |
|    (If you receive rental income, | | |
|    you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | _60,001.28_ | _977,948.53_ |
| 4. TOTAL FUNDS AVAILABLE FOR | | |
|    OPERATIONS *(Line 1 + Line 3)* | _60,451.06_ | _1,077,702.60_ |
| | | |
| 5. DISBURSEMENTS | | |
|    A. Advertising | _291.00_ | _3,165.00_ |
|    B. Bank Charges | _1,905.78_ | _48,659.93_ |
|    C. Contract Labor | | |
|    D. Fixed Asset Payments (not incl. in "N") | | |
|    E. Insurance | _16,091.48_ | _193,733.37_ |
|    F. Inventory Payments *(See Attach. 2)* | | |
|    G. Leases | _2000.00_ | _15,898.24_ |
|    H. Manufacturing Supplies | | _1,265.89_ |
|    I. Office Supplies | _222.53_ | _6,409.69_ |
|    J. Payroll - Net *(See Attachment 4B)* | _2,348.42_ | _446,503.26_ |
|    K. Professional Fees (Accounting & Legal) | _7,250.16_ | _517,800.16_ |
|    L. Rent | | |
|    M. Repairs & Maintenance | | _12,953.53_ |
|    N. Secured Creditor Payments *(See Attach. 2)* | | |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | | _149.70_ |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | | |
|    R. Telephone | | _12,542.96_ |
|    S. Travel & Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | | _7,159.09_ |
|    U. Utilities | _2,767.26_ | _40,437.82_ |
|    V. Vehicle Expenses | | |
|    W. Other Operating Expenses *(See MOR-3)* | _4,851.46_ | _176,993.48_ |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | _58,855.09_ | _1,022,522.12_ |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | _1,595.97_ (c) | _101,350.04_ (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _15_ day of _NOV_, 20_20_    _____
                                               (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| N/A | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| 18,100.00 | Tim Mullen | New Equity Down | |
| 50,000.00 | Tim Mullen | WindStorm Payment New Equity | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Previous Month | Current Month | Cumulative Petition to Date |
|---|---|---|---|
| Parts | 32,630.21 | | 32,630.21 |
| Postage | 5,946.18 | | 5,946.18 |
| Software/Computer | 7,382.68 | 108.00 | 7,490.68 |
| Website | 400.00 | | 400.00 |
| Shop Supplies | 11,528.02 | | 11,528.02 |
| Chargebacks | 1,770.85 | | 1,770.85 |
| Invntory Payment | 14,650.00 | 2,000.00 | 16,650.00 |
| Ice | 5,720.00 | | 5,720.00 |
| Fuel Purchased | 72,236.00 | 2,743.46 | 74,979.46 |
| Employee | 65.52 | | 65.52 |
| Refunds | 13,816.11 | | 13,816.11 |
| Forklift Repair | 303.28 | | 303.28 |
| Customer Repair | 1,750.00 | | 1,750.00 |
| Fees | 293.17 | | 293.17 |
| | | | |
| Total | 168,492.02 | 4,851.46 | 173,343.48 |

MOR-3

**ATTACHMENT 1**

**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

Name of Debtor: _Meridian Manor_    Case Number: _19-18585-MAM_

Reporting Period beginning _10/1/20_    Period ending _10/31/20_

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ _234597.13_ | (a) |
| PLUS: Current Month New Billings | _80182.30_ | |
| MINUS: Collection During the Month | $ _41901.28_ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ _196366.11_ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $94,808.14 | $20,369.47 | $6,573.26 | $74,615.24 | $196,366 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| None | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

MOR-4

## ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: _Meridian Manna_    Case Number: _19-18585_

Reporting Period beginning _10/1/20_    Period ending _10/31/20_

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

## POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | _None_ | | | |
| | | | | |
| | | | | |

TOTAL AMOUNT _____(b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: _Meridian Marina_   Case Number: _19-18585-MAM_

Reporting Period beginning _10/1/20_   Period ending _10/31/20_

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:   $ _186,500.00_
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $ _186,500.00_ | (a) |
| PLUS: Inventory Purchased During Month | $ | |
| MINUS: Inventory Used or Sold | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Inventory on Hand at End of Month | $ _186,500.00_ | |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _10_ % | _50_ % | _40_ % | _0_ % | = _____ 100%* |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ _6,975,000.00_ | (a)(b) |
| MINUS: Depreciation Expense | $ | |
| PLUS: New Purchases | $ | |
| PLUS/MINUS: Adjustments or Write-downs | $ | * |
| Ending Monthly Balance | $ _6,975,000.00_ | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _N/A_____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-6

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Mendian Manna          Case Number: 19-18585-MAM

Reporting Period beginning 10/1/20          Period ending 10/31/20

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: Fifth Third          BRANCH: West Palm Beach

ACCOUNT NAME: Mendian Manna          ACCOUNT NUMBER: 7435293506

PURPOSE OF ACCOUNT: _____ OPERATING _____

| | |
|---|---|
| Ending Balance per Bank Statement | $ 449.78 |
| Plus Total Amount of Outstanding Deposits | $ 60 001.28 |
| Minus Total Amount of Outstanding Checks and other debits | $ (58 855.09) * |
| Minus Service Charges | $ — |
| Ending Balance per Check Register | $ 1595.97 **(a) |

*Debit cards are used by Timothy Mullen _____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| No Cash Disbursements | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 0 Transferred to Payroll Account
$ 0 Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

### ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: _Meridian Marina_      Case Number: _19-18585-mam_

Reporting Period beginning _10/1/20_      Period ending _10/31/20_

NAME OF BANK: _Fifth Third Bank_ BRANCH: _West Palm Beach_

ACCOUNT NAME: _Meridian Marina + Yacht Club of Palm City LLC DIP_

ACCOUNT NUMBER: _7435293506_

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              | _See Attached_ |  |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |            |       |         | $58,855.09 |

| Date | Description | Account | Beginning Balance | Amount |
|---|---|---|---|---|
| 10/1/2020 | | | | 449.78 |
| 10/1/2020 | SERVICE CHARGE PERIOD ENDING 09/30/2020 | Bank Charges/Merchant Fees | | (15.00) |
| 10/2/2020 | ACH DEBIT     XXXXX0211 FIFTH THIRD ACH  MPS BILLING | Bank Charges/Merchant Fees | | (946.17) |
| 10/2/2020 | ACH DEBIT     XXXXX0229 FIFTH THIRD ACH  MPS BILLING | Bank Charges/Merchant Fees | | (30.00) |
| 10/2/2020 | CORPORATE ACH  113692947 AUTHNET GATEWAY  BILLING | Bank Charges/Merchant Fees | | (43.70) |
| 10/2/2020 | DEBIT CARD PURCHASE  XXXXX1812 PATRIOT SOFTWARE LLC     XXXXX7147 OH | Computer Software | | (54.00) |
| 10/2/2020 | DEBIT CARD PURCHASE  XXXXX1812 PATRIOT SOFTWARE LLC     XXXXX7147 OH | Computer Software | | (54.00) |
| 10/2/2020 | DEPOSIT     XXXXX3104 | New Equity | | 1,100.00 |
| 10/5/2020 | CORPORATE ACH   CHAIN 0U3849 5/3 BANKCARD SYS COMB. FEES | Bank Charges/Merchant Fees | | (12.51) |
| 10/5/2020 | CORPORATE ACH   CHAIN 0U3849 5/3 BANKCARD SYS COMB. DEP. | Income | | 68.16 |
| 10/5/2020 | DEPOSIT     XXXXX8908 | Income | | 4,670.29 |
| 10/5/2020 | Rosann Sheldon | Payroll | | (993.20) |
| 10/5/2020 | Ryan Jacobs | Payroll | | (635.36) |
| 10/5/2020 | Daniel Knarr | Payroll | | (594.88) |
| 10/5/2020 | Roger Johnson | Payroll | | (526.82) |
| 10/5/2020 | Jean Slane | Payroll | | (479.73) |
| 10/5/2020 | Jonathan McCue | Payroll | | (236.75) |
| 10/6/2020 | ACH DEBIT     XXXXX0229 FIFTH THIRD ACH  MPS BILLING | Bank Charges/Merchant Fees | | 10.71 |
| 10/6/2020 | ACH DEBIT     XXXXX0229 FIFTH THIRD ACH  MPS BILLING | Bank Charges/Merchant Fees | | 229.00 |
| 10/6/2020 | DEPOSIT     XXXXX6608 | Income | | 655.70 |
| 10/6/2020 | DEPOSIT     XXXXX6608 | New Equity | | 400.00 |
| 10/6/2020 | Rick Jacobs | Payroll | | (1,112.51) |
| 10/6/2020 | Jennifer Jacobs | Payroll | | (754.80) |
| 10/6/2020 | Jennifer Jacobs | Payroll | | (607.36) |
| 10/7/2020 | CORPORATE ACH   CHAIN 0U3849 5/3 BANKCARD SYS COMB. FEES | Bank Charges/Merchant Fees | | (45.19) |
| 10/7/2020 | CORPORATE ACH   CHAIN 0U3849 5/3 BANKCARD SYS COMB. DEP. | Income | | 1,643.24 |
| 10/8/2020 | Rosann Sheldon | Payroll | | (993.20) |
| 10/13/2020 | DEPOSIT | Income | | 465.94 |
| 10/13/2020 | DEPOSIT     XXXXX9947 | New Equity | | 3,000.00 |
| 10/13/2020 | Ryan Jacobs | Payroll | | (947.51) |
| 10/13/2020 | Jonathan McCue | Payroll | | (405.05) |
| 10/13/2020 | Jonathan McCue | Payroll | | (341.61) |
| 10/14/2020 | CORPORATE ACH   0U3849 FIFTH THIRD ACH  MPS BILLING | Bank Charges/Merchant Fees | | (101.07) |
| 10/14/2020 | CORPORATE ACH   0U3850 FIFTH THIRD ACH  MPS BILLING | Bank Charges/Merchant Fees | | (81.25) |
| 10/14/2020 | DEPOSIT     XXXXX5224 | New Equity | | 2,000.00 |
| 10/14/2020 | Rick Jacobs | Payroll | | (1,366.34) |
| 10/14/2020 | Jennifer Jacobs | Payroll | | (719.28) |

| Date | Description | Category | Amount |
|---|---|---|---|
| 10/14/2020 | Jean Slane | Payroll | (632.08) |
| 10/15/2020 | DEPOSIT XXXXX7327 | New Equity | 300.00 |
| 10/15/2020 | Rosann Sheldon | Payroll | (993.20) |
| 10/16/2020 | Roger Johnson | Payroll | (526.82) |
| 10/19/2020 | DEPOSIT XXXXX1806 | New Equity | 1,000.00 |
| 10/19/2020 | DEPOSIT XXXXX5909 | New Equity | 3,000.00 |
| 10/19/2020 | Ryan Jacobs | Payroll | (578.12) |
| 10/19/2020 | Daniel Knarr | Payroll | (527.38) |
| 10/19/2020 | Roger Johnson | Payroll | (526.82) |
| 10/19/2020 | Jonathan McCue | Payroll | (386.20) |
| 10/20/2020 | DEBIT CARD PURCHASE XXXXX1812 LOOPNET INC XXXXX8869 DC | Advertising | (291.00) |
| 10/20/2020 | Rick Jacobs | Payroll | (1,137.59) |
| 10/20/2020 | Jennifer Jacobs | Payroll | (585.05) |
| 10/20/2020 | KELLEY FULTON PL | Professional Fees | (5,600.16) |
| 10/21/2020 | CORPORATE ACH CHAIN 0U3849 5/3 BANKCARD SYS COMB. FEES | Bank Charges/Merchant Fees | (870.60) |
| 10/21/2020 | CORPORATE ACH 17114 PORT CONSOLIDATE EFT 10/21 | Fuel Purchase | (2,743.46) |
| 10/21/2020 | CORPORATE ACH CHAIN 0U3849 5/3 BANKCARD SYS COMB. DEP. | Income | 31,855.79 |
| 10/21/2020 | WITHDRAWAL XXXXX5923 | Insurance | (12,000.00) |
| 10/21/2020 | POS PURCHASE POS08159544 0542016 STAPLES 1184 STUART FL | Office Supplies | (222.53) |
| 10/21/2020 | Jean Slane | Payroll | (479.73) |
| 10/22/2020 | CORPORATE ACH 110108 M2 LEASE FUNDS L CUSTOMER | Equipment Lease | (2,000.00) |
| 10/22/2020 | DEPOSIT | Income | 328.02 |
| 10/22/2020 | CORPORATE ACH 1999-1267627-10 ZENITH INSURANCE E-CHECK | Insurance | (914.00) |
| 10/22/2020 | Rosann Sheldon | Payroll | (993.20) |
| 10/22/2020 | DEBIT CARD PURCHASE XXXXX1812 FPL XXXXX0500 FL | Utilities | (2,125.69) |
| 10/22/2020 | ACH WEB-SINGLE MARTINCNTY UT XXXXX1434 | Utilities | (276.96) |
| 10/22/2020 | ACH WEB-SINGLE MARTINCNTY UT XXXXX1434 | Utilities | (202.28) |
| 10/22/2020 | ACH WEB-SINGLE MARTINCNTY UT XXXXX1434 | Utilities | (109.54) |
| 10/22/2020 | ACH WEB-SINGLE MARTINCNTY UT XXXXX1434 | Utilities | (52.79) |
| 10/23/2020 | ACH DEBIT 2428933 BLUECROSSFLORIDA PREMIUM | Insurance | (3,177.48) |
| 10/26/2020 | ATM DEPOSIT 90187107 DEPOSIT 1251 SW 27TH ST PALM CITY FL | Income | 1,091.10 |
| 10/26/2020 | DEPOSIT XXXXX0806 | New Equity | 1,000.00 |
| 10/26/2020 | DEPOSIT XXXXX0888 | New Equity | 2,000.00 |
| 10/26/2020 | Ryan Jacobs | Payroll | (686.61) |
| 10/26/2020 | Daniel Knarr | Payroll | (594.88) |
| 10/26/2020 | Jonathan McCue | Payroll | (392.22) |
| 10/26/2020 | DEBIT CARD PURCHASE XXXXX1812 KELLEY FULTON PL XXXXX1200 FL | Professional Fees | (150.00) |
| 10/27/2020 | DEPOSIT XXXXX3425 | New Equity | 3,000.00 |

| Date | Description | Category | Amount |
|---|---|---|---|
| 10/27/2020 | Rick Jacobs | Payroll | (1,112.51) |
| 10/27/2020 | Jennifer Jacobs | Payroll | (608.85) |
| 10/27/2020 | DEBIT CARD PURCHASE XXXX1812 KELLEY FULTON PL XXXXX1200 FL | Professional Fees | (1,500.00) |
| 10/28/2020 | Inventory Payment | Inventory Payment | (2,000.00) |
| 10/28/2020 | DEPOSIT XXXX0906 | New Equity | 1,300.00 |
| 10/28/2020 | Jean Slane | Payroll | (479.74) |
| 10/28/2020 | Rosann Sheldon | Payroll | (993.20) |
| 10/28/2020 | Roger Johnson | Payroll | (526.82) |
| 10/29/2020 | Deposit | Income | 585.75 |
| 10/30/2020 | ATM DEPOSIT 96640728 DEPOSIT 1251 SW 27TH ST PALM CITY FL | Income | 537.29 |
| | | Ending Balance | 1,595.97 |

| Category | Amount |
|---|---|
| Beginning Balane | 449.78 |
| Advrtising | (291.00) |
| Bank Charges/Merchant Fees | (1,905.78) |
| Computer Software | (108.00) |
| Equipment Lease | (2,000.00) |
| Fuel Purchase | (2,743.46) |
| Income | 41,901.28 |
| Insurance | (16,091.48) |
| Inventory Payment | (2,000.00) |
| New Equity | 18,100.00 |
| Office Supplies | (222.53) |
| Payroll | (23,475.42) |
| Professional Fees | (7,250.16) |
| Utilities | (2,767.26) |
| Ending Balance | 1,595.97 |

## ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: _Meridian Marina + Yacht_   Case Number: _19-18585-MAM_

Reporting Period beginning _10/1/20_     Period ending _10/31/20_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _Fifth Third Bank_ BRANCH: _West Palm Beach_

ACCOUNT NAME: _Meridian Marina_ ACCOUNT NUMBER: _7435293522_
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ N/A _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | N/A | _____ | _____ |
| _____ | _____ | | _____ | _____ |
| _____ | _____ | | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | _____ | N/A | _____ |
| _____ | _____ | _____ | | _____ |
| _____ | _____ | _____ | | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _Mendian Manna_   Case Number: _19-18585-mam_

Reporting Period beginning _10/1/20_   Period ending _10/31/20_

NAME OF BANK: _Fifth Third Bank_   BRANCH: _West Palm Beach_

ACCOUNT NAME: _Mendian Marina + Yacht Club_

ACCOUNT NUMBER: _7435293522_

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | See Attached | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                              $ 23475.42

| Date | Description | Account | Amount | |
|------|-------------|---------|--------|---|
| 10/5/2020 | Rosann Sheldon | Payroll | (993.20) | |
| 10/5/2020 | Ryan Jacobs | Payroll | (635.36) | |
| 10/5/2020 | Daniel Knarr | Payroll | (594.88) | |
| 10/5/2020 | Roger Johnson | Payroll | (526.82) | |
| 10/5/2020 | Jean Slane | Payroll | (479.73) | |
| 10/5/2020 | Jonathan MCCue | Payroll | (236.75) | |
| 10/6/2020 | Rick Jacobs | Payroll | (1,112.51) | |
| 10/6/2020 | Jennifer Jacobs | Payroll | (754.80) | |
| 10/6/2020 | Jennifer Jacobs | Payroll | (607.36) | |
| 10/8/2020 | Rosann Sheldon | Payroll | (993.20) | |
| 10/13/2020 | Ryan Jacobs | Payroll | (947.51) | |
| 10/13/2020 | Jonathan MCCue | Payroll | (405.05) | |
| 10/13/2020 | Jonathan MCCue | Payroll | (341.61) | |
| 10/14/2020 | Rick Jacobs | Payroll | (1,366.34) | |
| 10/14/2020 | Jennifer Jacobs | Payroll | (719.28) | |
| 10/14/2020 | Jean Slane | Payroll | (632.08) | |
| 10/15/2020 | Rosann Sheldon | Payroll | (993.20) | |
| 10/16/2020 | Roger Johnson | Payroll | (526.82) | |
| 10/19/2020 | Ryan Jacobs | Payroll | (578.12) | |
| 10/19/2020 | Daniel Knarr | Payroll | (527.38) | |
| 10/19/2020 | Roger Johnson | Payroll | (526.82) | |
| 10/19/2020 | Jonathan MCCue | Payroll | (386.20) | |
| 10/20/2020 | Rick Jacobs | Payroll | (1,137.59) | |
| 10/20/2020 | Jennifer Jacobs | Payroll | (585.05) | |
| 10/21/2020 | Jean Slane | Payroll | (479.73) | |
| 10/22/2020 | Rosann Sheldon | Payroll | (993.20) | |
| 10/26/2020 | Ryan Jacobs | Payroll | (686.61) | |
| 10/26/2020 | Daniel Knarr | Payroll | (594.88) | |
| 10/26/2020 | Jonathan MCCue | Payroll | (392.22) | |
| 10/27/2020 | Rick Jacobs | Payroll | (1,112.51) | |
| 10/27/2020 | Jennifer Jacobs | Payroll | (608.85) | |
| 10/28/2020 | Jean Slane | Payroll | (479.74) | |
| 10/28/2020 | Rosann Sheldon | Payroll | (993.20) | |
| 10/28/2020 | Roger Johnson | Payroll | (526.82) | (23,475.42) |

No Tax Acct / Using Operating

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Oustanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

No Tax Acct using operating Acct

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT # _____

PURPOSE OF ACCOUNT: _____ TAX _____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                                    _____(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid                                                       _____(a)
Sales & Use Taxes Paid                                                   _____(b)
Other Taxes Paid                                                         _____(c)
TOTAL                                                                    _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

MOR-12

## ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

#### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                 _____ (a)

#### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                    $ _____ (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation** _____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**     $ _____
**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-13

## ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: _Meridian Marina + Yacht_  Case Number: _19-18585- MAM_

Reporting Period beginning _10/1/20_   Period ending _10/31/20_

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | ___ | 941 Tax | 6670.98 | 10/01/20 to | 10/31/20 |
| IRS | ___ | 940 Tax | ∅ | 10/01/20 to | 10/31/20 |
| FL Dept of Rev | ___ | RT-6 | ∅ | 10/01/20 to | 10/31/20 |
| FL Dept of Rev | ___ | Sales Tax | 4917.77 | 10/01/20 to | 10/31/20 |
| ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ |
| ___ | ___ | ___ | ___ | ___ | ___ |

TOTAL                    $11,588.75

# Payroll Tax Liabilities Report

Meridian Marina and Yacht Club of Palm City, LLC
Meridian Marina and Yacht Club of Palm City, LLC
1400 SW Chapman Way
Palm City, FL 34990
10/1/2020 to 10/31/2020
As Of: 11/12/2020

**Federal 941 Taxes**                                                      **10/1/2020 to 10/31/2020**

| TAX | TAXABLE WAGES | EMPLOYEE TAX | EMPLOYER TAX | TOTAL TAXES |
|---|---|---|---|---|
| Federal Income | $30,844.36 | $1,951.78 | $0.00 | $1,951.78 |
| Social Security | $30,844.36 | $1,912.35 | $1,912.35 | $3,824.70 |
| Medicare | $30,844.36 | $447.25 | $447.25 | $894.50 |
| Federal 941 Totals | | $4,311.38 | $2,359.60 | $6,670.98 |

**FUTA 940 Taxes**                                                        **10/1/2020 to 10/31/2020**

| EMPLOYEE | SOCIAL SECURITY # | GROSS TAXABLE WAGES | TAXABLE WAGES | TOTAL TAXES |
|---|---|---|---|---|
| Alvarez, Roger | •••-••-4000 | $3,200.05 | $0.00 | $0.00 |
| Jacobs, Jennifer | •••-••-6300 | $3,670.96 | $0.00 | $0.00 |
| Jacobs, Rick | •••-••-3339 | $6,600.10 | $0.00 | $0.00 |
| Jacobs, Ryan | •••-••-7471 | $3,867.00 | $0.00 | $0.00 |
| Knarr, Daniel | •••-••-5984 | $3,179.75 | $0.00 | $0.00 |
| McCue, Jonathan | •••-••-0191 | $1,966.50 | $0.00 | $0.00 |
| Mullen, Kasey | •••-••-5351 | $0.00 | $0.00 | $0.00 |
| Sheldon, Rosann | •••-••-6721 | $5,400.00 | $0.00 | $0.00 |
| Slane, Jean | •••-••-4497 | $2,960.00 | $0.00 | $0.00 |
| FUTA 940 Totals | | $30,844.36 | $0.00 | $0.00 |

**SUTA Taxes**                                                    10/1/2020 to 10/31/2020

| EMPLOYEE | SOCIAL SECURITY # | GROSS TAXABLE WAGES | TAXABLE WAGES | TOTAL TAXES |
|---|---|---|---|---|
| Alvarez, Roger | •••-••-4000 | $3,200.05 | $0.00 | $0.00 |
| Jacobs, Jennifer | •••-••-6300 | $3,670.96 | $0.00 | $0.00 |
| Jacobs, Rick | •••-••-3339 | $6,600.10 | $0.00 | $0.00 |
| Jacobs, Ryan | •••-••-7471 | $3,867.00 | $0.00 | $0.00 |
| Knarr, Daniel | •••-••-5984 | $3,179.75 | $0.00 | $0.00 |
| McCue, Jonathan | •••-••-0191 | $1,966.50 | $0.00 | $0.00 |
| Mullen, Kasey | •••-••-5351 | $0.00 | $0.00 | $0.00 |
| Sheldon, Rosann | •••-••-6721 | $5,400.00 | $0.00 | $0.00 |
| Slane, Jean | •••-••-4497 | $2,960.00 | $0.00 | $0.00 |
| SUTA Totals | | $30,844.36 | $0.00 | $0.00 |

Total Taxes for this Period                                      $6,670.98

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: Meridian Marquet Yacht   Case Number: 19-18585-MAM

Reporting Period beginning 10/01/20   Period ending 10/31/20

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Timothy Mullen | Managing Owner | 0 | 0 |

---

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 5 | 3 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 5 | 3 |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Gifford Wells | | | | | |
| Markel Marine | 954-563-1841 | 9C0-1699-6 | Liability | 10/20 | 12th of Month Paid In Full |
| Crum + Foster | 855-942-2325 | 8TP-126843 | Storage Tank | 10/20 | 22nd of month |
| Zenith Insurance | 800-440-5020 | Z 134156403 | Workers Comp | 10/20 | 28th of Month |
| IPFS Corporation | 877-674-3076 | FLS-83791 | N. Ind. | 7/21 | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| No Lapse In Coverage | | | |

Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-15

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No Significant Change during this Period

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.