**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                            CASE NO.: 19-18585-MAM
                                                                 Chapter 11

MERIDIAN MARINA & YACHT CLUB
OF PALM CITY, LLC

Debtor.

_____/

### NOTICE OF WITHDRAWAL OF DOCUMENT
### [D.E. #284]

DEBTOR, MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC, by and

through the undersigned attorney, hereby withdraws the following document:

1. Meridian Marina & Yacht Club of Palm City, LLC's Objection to Claim of Engineering,
   Design & Construction, Inc. (Claim No. 5) (D.E. #284)

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for
the Southern District of Florida and I am in compliance with the additional qualifications to practice
in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was
furnished via U. S. Mail to the parties on the attached listing this 16th day of November 2020.

KELLEY, FULTON & KAPLAN, P.L.
Attorney for Debtor
1665 Palm Beach Lakes Blvd
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By:/s/  Dana Kaplan, Esq._____
        Dana Kaplan, Esq.
        Florida Bar No.: 44315

**Mailing Information for Case 19-18585-MAM**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service
for this case.

- **John P Carrigan**    jpc@reblawpa.com, mmj@reblawpa.com

- **Amber E Donner**    Amber.Donner@SpectorRubin.com, heidiparalegal@gmail.com

- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov

- **Linda W Jackson**    LJackson@PardoJackson.com,
  catheryne@pardojackson.com;mfuentes@pardojackson.com

- **Dana L Kaplan**    dana@kelleylawoffice.com,
  tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com

- **Craig I Kelley**    craig@kelleylawoffice.com,
  tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **Alan B Rose**    arose@mrachek-law.com, manderson@mrachek-law.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Aspen Environmental Consulting, LLC**
2014 SW Oxbow Way
Palm City, FL 34990

**Colliers Arnold, Inc. d/b/a Colliers International Tampa Bay Florida**
4830 W Kennedy Blvd Suite 300
Tampa, FL 33609

**KC Daniel**
712 SE Dixie Highway
Stuart, FL 34994

**Walter Driggers, III**
Tranzon Driggers
101 East Silver Springs Blvd., Ste. 304
Ocala, FL 34470

**Engineering Design & Construction, Inc.**
10250 SW Village Parkway, Suite 201
Port St. Lucie, FL 34987

**Sommer L. Ross**
222 Delaware Ave Suite 1600
Wilmington, DE 19801-1659