UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

**MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC,**

    Debtor.

CASE NO. 19-18585-MAM
CHAPTER 11

## ZIMMER CONSTRUCTION CONSULTANTS, P.A.'S RESPONSE IN OPPOSITION TO MERIDIAN MARINA & YACHT CLUB OF PALM CITY, LLC'S OBJECTION TO CLAIM OF ZIMMER CONSTRUCTION CONSULTANTS, P.A. (CLAIM NO. 13)

Zimmer Construction Consultants, P.A. ("Zimmer"), by and through undersigned counsel, responds in opposition to Meridian Marina & Yacht Club of Palm City, LLC's Objection to Claim of Zimmer Construction Consultants, P.A. (Claim No. 13) (the "Objection") [ECF 323], and states as follows:[1]

1. With regard to the substantive issues raised in the Objection, said assertions are wholly and incomplete devoid of merit as the Objection fails to advise the Court of the true details of the relationship between the Debtor and Zimmer.

---

[1] Zimmer initially notes that the Court's original *Order I) Approving Disclosure Statement; (II) Setting Hearing on Confirmation of Plan; (III) Setting Hearing on Fee Application; (IV) Setting Various Deadlines; and (V) Describing Plan Proponent's Obligations* (the "*Scheduling Order*") that the Court entered on June 4, 2020 [ECF 117] set a deadline for filing objections to claims to August 13, 2020, which was 40 days before the original confirmation hearing. The Debtor did not ask prior to the expiration of said deadline to extend said deadline and did not ask to extend said deadline when it asked to continue the confirmation hearing (see ECF 212). By happenstance, when the Court reset the confirmation hearing and the local form order setting a new confirmation hearing was entered, it contained a new deadline for objections to claims notwithstanding that no one ever asked to have this deadline extended. Zimmer asserts that the Debtor should be held to the original deadline, which it failed to comply with and failed to timely seek to extend, and that the Objection filed on November 25, 2020 was untimely and should be overruled on those grounds alone.

1
**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 Telephone 954.745.5880

2. The Debtor initially engaged Zimmer in August of 2018 for services related to a new Customs and Border Patrol facility on the Debtor's property. A copy of the initial retainer agreement is attached hereto as Exhibit "1".

3. Nowhere in the retainer agreement are the fees that the Debtor owes to Zimmer capped at $7,000.00. Rather, the retainer agreement, which the Debtor's principal, Tim Mullen ("Mullen"), executed, sets forth the hourly rates that the various professionals at Zimmer would bill and what the scope of the services were.

4. The initial retainer payment set forth in the August 29, 2018 retainer agreement was $3,000.00. The Debtor, acting through Mullen, never made said payment, but continually stalled and delayed making any payments to Zimmer, all the while giving various excuses. This behavior appears to be consistent with what Zimmer has learned about the Debtor and Mullen through the course of their dealings with other creditors in this case.

5. Mullen, acting on behalf of the Debtor, nonetheless asked Zimmer to continue working on the project, which Zimmer did because Zimmer had had previous dealings with the Debtor and Mullen. At some point in time, however, Zimmer indicated that the initial retainer would need to be increased to $7,000.00 because no monies had been paid as of yet.

6. Mullen, again, acting on behalf of the Debtor, promised that said funds would be paid, but never paid them. Zimmer nonetheless continued working on the project based on Mullen's representation that the monies would be paid.

7. Attached hereto as Exhibit "2" is a summary of the services that the Debtor requested Zimmer to perform and which Zimmer did actually perform, and for which the Debtor was billed. The Debtor never paid anything to Zimmer. When Zimmer again asked Mullen to see that the Debtor made payment, Mullen "went dark" and refused to respond to emails and

2

**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 Telephone 954.745.5880

telephone calls requesting payment. Thus ultimately caused Zimmer to cease working on the project.

8. All of the foregoing demonstrates that, notwithstanding the tactics of Mullen and the Debtor to attempt to reduce Zimmer's Claim by attaching an invoice for a retainer to their Objection rather than the retainer letter and the invoice for the actual amount of services provided, that Zimmer is in fact owed the full about of its Claim and that the Claim should be paid forthwith.

9. The Debtor and Mullen have delayed and stalled payment to Zimmer for over a year. Asserting a frivolous objection to the Claim is simply the latest tactic to stall and delay payment in full to Zimmer. Zimmer respectfully requests the Court see through these nefarious acts, overrule the Objection and allow Zimmer's Claim in full as filed.

WHEREFORE, for the reasons stated herein, Zimmer respectfully requests the Court overrule the Objection, find that the Claim is to be allowed in full as filed, as well as grant any further relief the Court deems proper under the circumstances.

Dated this 21st day of December, 2020.

        **SLATKIN & REYNOLDS, P.A.**
        Attorneys for Zimmer Construction
        One East Broward Boulevard, Suite 609
        Fort Lauderdale, Florida 33301
        Telephone 954.745.5880
        Facsimile 954.745.5890
        rreynolds@slatkinreynolds.com

        By: /s/ Robert F. Reynolds
            ROBERT F. REYNOLDS
            Fla. Bar No. 174823

*Case No. 19-18585-MAM*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been furnished via the Court's CM/ECF electronic noticing system to John P Carrigan, Esq., jpc@reblawpa.com, mmj@reblawpa.com; Amber E Donner, Esq., Amber.Donner@SpectorRubin.com, heidiparalegal@gmail.com; Heidi A Feinman, Esq., Heidi.A.Feinman@usdoj.gov; Kassia Fialkoff, Esq., KFialkoff@duanemorris.com, lamahon@duanemorris.com; Robert C Furr, Trustee, ltitus@furrcohen.com, atty_furrcohen@bluestylus.com; Linda W Jackson, Esq., LJackson@PardoJackson.com, catheryne@pardojackson.com; Robert L. Jennings, Esq., hbrj@aol.com, service.rljpa@gmail.com; Dana L Kaplan, Esq., dana@kelleylawoffice.com, tina@kelleylawoffice.com; Craig I Kelley, Esq., craig@kelleylawoffice.com, tina@kelleylawoffice.com; Paul J Lane, Esq., pjlegal@hotmail.com; Stephanie C Lieb, Esq., slieb@trenam.com, mmosbach@trenam.com; Shaun T Plymale, Esq., eshaun@treasurecoastlegal.com, bhuff@treasurecoastlegal.com; Alan B Rose, Esq., arose@mrachek-law.com, manderson@mrachek-law.com; James O Stola, Esq., jstola@sbcglobal.net; Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov and all other parties entitled to receive notice via the Court's CM/ECF noticing system on this 21st day of December, 2020.

    /s/ Robert F. Reynolds
ROBERT F. REYNOLDS

**SLATKIN & REYNOLDS, P.A.**
One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 Telephone 954.745.5880

# EXHIBIT "1"



**ZIMMER CONSTRUCTION CONSULTANTS, P.A.**

*Professional Engineers, P.E. 18095 • CA Lic. No. 27933*
*General Contractors, C.G.C. 011551*
*129 NW 13th Street, Suite 20, Boca Raton, FL 33432*
*Tel: 561-391-6917 • Fax: 561-368-7882*
*Email: info@zccflorida.com*
*Website: www.zccflorida.com*

*Richard M. Zimmer, P.E., President  ▪  Pat Groeniger, C.G.C., General Manager*

August 29, 2018

Mr. Tim Mullen                                                                 emailed to: tim@meridianmarina.com
Meridian Marina
1400 SW Chapman Way
Stuart, Florida 34990

Re: Meridian Marina Customs Substation
    Stuart, FL
    Engineering Consultant Services

Dear Mr. Mullen,

We are pleased to offer Consulting Services regarding the new Customs and Border Patrol at the property known as Meridian Marina Substation. We propose to analyze the building plans, specification data, and other project information. Zimmer Construction Consultants will develop a macro Cost to Build estimate using price data from buildings in this region that are catalogued in our firm's Project Construction Cost Database. In association with our project analyses and reports, we will be available for client conferences, evaluation of drawings, revisions, pricing data, Contract Agreements, etc.

We will also respond to and coordinate our services with others involved with this project, as may be directed by your office.

**Our fee schedule for services is as follows:**

- Review of Drawings, Specifications, Design
- Parameters and Cost Budgets.

    Principal Engineer                        $200.00 per hour
    Associates                                $170.00 per hour
    Administrative Support                 $ 45.00 per hour

- Client meetings, preparation for conference calls,
  document review, Cost Estimates, Subcontractor bids or
  quantity take-offs for material costing, or other
  requested services.

                                            $200.00 per hour

*ZCC/XPTProposalRev021813*

Mr. Tim Mullen
August 29, 2018
Page 2

Subject: Meridian Marina Customs Substation

If you wish us to proceed with the initial Cost Review and Summary Phase, we request a retainer deposit of **$3,000.00**. All services will be invoiced monthly at the listed fee levels, and will be due within 20 days of invoice date. The retainer deposit will be applied to the final billing.

**Legal and Insurance:**

The Client acknowledges and agrees that ZCC is not providing any construction services to the project. Likewise, it is agreed that ZCC is not providing "professional" or "design" services as defined under Florida law. The Client shall have the exclusive right to either accept or reject any advice or recommendation provided by ZCC.

This Agreement inures to the benefit of Client only and no other party shall have any rights or remedies under this Agreement or arising out of ZCC's services. The Client, on behalf of itself, its successors, assigns, agents and any other entity that may assert a right by or through the Client, agrees to limit ZCC's liability for any claims and/or damages that may result from or arise out of ZCC's consulting services to a sum equal to the lesser of $5,000 or the net fees paid to ZCC under this Agreement. ZCC agrees to maintain commercial insurance coverage for workers compensation, general liability and property damage. This Agreement shall be governed exclusively by Florida law.

This service proposal is offered for acceptance for a period of thirty (30) days from the letter date.

We look forward to providing Project Review and Consulting Engineering Services, in support of your interest for this Homeland Security Project.

Very truly yours,

Richard M. Zimmer, P.E.
President

Accepted by: _____
Tim Mullen
Date: 9/4/2018

RMZ/hb

*ZCC/XPTProposalRev021813*

# EXHIBIT "2"



Professional Engineers, P.E. 18095 • CA Lic. No. 27933
General Contractors, C.G.C. 011551
129 NW 13th Street, Suite 20, Boca Raton, FL 33432

Tel: 561-391-6917 • Fax: 561-368-7882

Email: info@zccflorida.com
Website: www.zccflorida.com

Richard M. Zimmer, P.E., President • Pat Groeniger, C.G.C., General Manager

Meridian Marina Customs Substation
Stuart, FL
January 17, 2019

| Date | Description of Work | | Time/Hrs |
|---|---|---|---|
| 08/03/18 | Phone Contact – Tim Mullen Engagement | | 1.0 |
| 08/08/18 | Phone Conference call CBP | | 1.0 |
| 08/09-11/18 | Get Drawings – Review Spec Book – vs. Plan Check | | 10.0 |
| | | Administration Work | 4.0 |
| 08/13/18 | Take Off and Cost Data | | 5.5 |
| 08/15/18 | Prepare Draft Construction Schedule | | 2.5 |
| 08/16/18 | Cost Estimate Review, Draft and Send | | 4.5 |
| 8/20/18 | Review Cost Estimate per Brian Locetelli Comments | | 3.5 |
| 08/27-28/18 | New Revised Cost Estimate | | 6.0 |
| 08/29/18 | Meeting at ZCC – Issue Agent | | 1.5 |
| 09/01-03/18 | Review Plans for Comments to Architect | | 4.5 |
| | Plan Comments to Raul | Administrative Work | 2.0 |
| 09/05/18 | Call Re: Drawing Comments and Telecon | | 2.5 |
| 09/06/18 | CBP Schedule Cost Breakdown – Revisions/Requests for Details | | 1.5 |
| 09/12/18 | Telecom Tim – Review of Comments List | | 0.75 |
| 09/17/18 | Raul Ocampo – Review Progress on Comments List | | 0.25 |
| 09/18/18 | Architect and GC – Discuss Contract Forms | | 1.0 |
| 09/18/18 | Purchase and Download AIA Forms | Administrative Work | 1.0 |
| 09/19/18 | Conference Call to Tim about Contract Forms and CBP | | 1.0 |
| 09/25/18 | Conference Call - CBP | | 1.0 |
| 09/26/18 | Obtain AIA Forms and Send 1st Draft | | 1.5 |
| | | Administrative Work | 1.5 |
| 10/01/18 | Telecom and Contract Edits | | 0.5 |
| 10/02/18 | Send 2nd Draft (GC and Architect Contract | | 2.0 |
| | | Administrative Work | 2.0 |
| 10/02/18 | Tim Telecom – Final Contract | | 1.0 |
| | AIA Forms Contract Edit | Administrative Work | 2.0 |
| 10/03/18 | Conference call – Follow-up Contract | | 1.5 |
| 10/04-05/18 | GC and Architect Contracts Issued with Telecons | | 2.5 |
| | | Administrative Work | 2.0 |
| 10/08/18 | Email and Telecon Exchanges Regarding Contract Terms | | 1.5 |
| 10/10/18 | Conference Call | | 1.0 |
| 10/11/18 | Send Draft Contract for GC and Architect | | 1.0 |
| | | Administrative Work | 1.5 |
| 10/12/18 | Sent Revised Contract for GC – Draft Review | | 1.5 |
| | | Administrative Work | 1.0 |
| 10/17/18 | Resend Amended Contracts – Redrafted | | 1.5 |
| 10/18/18 | Resend GC/Architects Contracts with Revision Details | Administrative Work | 1.0 |
| 10/22/18 | Review of Telecon About Revised by CCI-Alliance | | 2.0 |

| Date | Description of Work | Amount |
|---|---|---|
| | Principal Engineer Cost – 65.5 hours at $200.00/hr. | $13,100.00 |
| | Administrative Total Cost – 18 hours at $45.00/hr. | $810.00 |
| | **Total amount for hours billed** | $13,910.00 |
| 09/18/18 | Purchase Price of 3 AIA Document Drafts @ $79.99 each | $239.97 |
| 10/18/18 | Repurchase Price of 1 AIA Document Draft @ $79.99 each | $79.99 |
| | **TOTAL AMOUNT DUE** | **$14,229.96** |